IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE ALABAMA DENTAL ASSOCIATION, LEW MITCHELL, D.M.D. AND JAMES SANDERSON, D.M.D.<br><br>                Plaintiffs,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF ALABAMA,<br><br>                Defendant. | Civil Action No.: 2:05CV1230-W |

## CORPORATE DISCLOSURE STATEMENT BY BLUE CROSS AND BLUE SHIELD OF ALABAMA

COMES NOW Blue Cross and Blue Shield of Alabama, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby certifies that there are no parents, subsidiaries, and/or affiliates of said party that have issued shares or debt securities to the public. Blue Cross and Blue Shield of Alabama is a nonstock corporation organized not for profit for the purpose of establishing, maintaining, and operating health care service plans for subscribers. Ala. Code § 10-2-100 (1975).

                                            /s/ Grace C. Robinson
                                            One of the Attorneys for Blue Cross and Blue Shield of Alabama

OF COUNSEL:

James L. Priester
Edward A. "Ted" Hosp
Grace C. Robinson
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000
Fax: (205) 254-1999

OF COUNSEL:

Jere F. White, Jr.
Terrence W. McCarthy
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, AL 35203-3200
(205) 581-0700
Fax: (205) 581-0799

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon the following individuals by U.S. mail on December 27th, 2005:

Clinton C. Carter
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160

McCallum, Methvin & Terrell
The Highland Building
2201 Arlington Avenue South
Birmingham, Alabama 35205

McCallum, Hoaglund, Cook & Irby
2062 Columbiana Road
Vestavia Hills, Alabama 35216

_____
Grace C. Robinson
OF COUNSEL