# Exhibit 1



# CORPORATE DETAILS
Office of the Secretary of State
State of Alabama

INITIATE NEW BROWSE

```
Corporation                                                    DNP 717-652
  Legal Name:   Blue Cross and Blue Shield of Alabama

Place Of Inc:   Jefferson County

Date Of Inc.:   02-03-1936

Reg Agent...:   * Not On Data Base

Prin Address:   BIRMINGHAM, AL

Nat Of Bus..:   REGISTERED AGENT INFO: CONTACT THE INSURANCE DEPT 334-269-3550

Names Of Inc:   CARROWAY, C N
                GAY, A J
                GRADDOCK, FRANK H
```

TRANSACTION LIST



PREVIOUS PAGE

© 2006, Office of the Secretary of State, State of Alabama