**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                 TELEPHONE (334) 954-3600

January 26, 2005

# NOTICE OF REASSIGNMENT

RE:   The Alabama Dental Association et al v. Blue Cross/Blue Shield of Ala.Inc.
      Civil Action No. 2:05cv01230-SRW

The above-styled case has been reassigned to District Judge Mark E. Fuller.

Please note that the case number is now 2:05cv01230-MEF.  This new case number should be used on all future correspondence and pleadings in this action.

Sincerely,

Sheryl K. Lent
Deputy Clerk