IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE ALABAMA DENTAL | ) | |
| ASSOCIATION,  *et al.*, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| v. | ) | CASE NO. 2:05-cv-1230-MEF |
| | ) | |
| BLUE CROSS AND BLUE SHIELD OF | ) | |
| ALABAMA, INC., | ) | |
| | ) | |
|     Defendant. | ) | |

# **O R D E R**

Upon consideration of the defendant's Motion to Dismiss (Doc. #4) and Motion to

Change Venue (Doc. #5) filed on January 18, 2006, it is hereby

ORDERED that the plaintiffs file their response which shall include a brief and any

evidentiary materials on or before February 10, 2006.  The defendant may file a reply brief

on or before February 17, 2006.

DONE this the 27th day of January, 2006.


                     /s/ Mark E. Fuller
              CHIEF UNITED STATES DISTRICT JUDGE