IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE ALABAMA DENTAL ASSOCIATION, *et al.*, | ) ) ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 2:05-cv-1230-MEF ) |
| BLUE CROSS AND BLUE SHIELD OF ALABAMA, INC., | ) ) ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the plaintiffs' Motion to Remand (Doc. #7) filed on January 26, 2006, it is hereby

ORDERED that the defendant file its response which shall include a brief and any evidentiary materials on or before February 10, 2006. The plaintiffs may file a reply brief on or before February 17, 2006.

DONE this the 27th day of January, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE