IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE ALABAMA DENTAL ASSOCIATION, INC. LEW MITCHELL, DMD, and, JAMES SANDERSON, DMD, | * * * * * | |
| Plaintiffs, | * | Civil Action No.: 2 05-cv-01230 |
| vs. | * * * | |
| BLUE CROSS AND BLUE SHIELD OF ALABAMA, | * * * | |
| Defendant. | * | |

**MOTION TO STAY MOTION TO DISMISS AND MOTION TO
CHANGE VENUE PENDING RULING ON MOTION TO REMAND**

Plaintiffs hereby move this Court to stay the ruling and briefing schedule on the Defendant's Motion to Dismiss and Motion to Change Venue. As grounds for said Motion to Stay, Plaintiffs show unto the Court as follows:

1. On or about November 22, 2005, Plaintiffs originated this action by filing suit in the Circuit Court of Montgomery County, Alabama.

2. On or about December 28, 2005, Defendant removed said action to this Court.

3. On or about January 26, 2006, Plaintiffs filed a Motion to Remand asserting that jurisdiction is not proper in this Court.

4. Plaintiffs urge this Court to stay any ruling and the briefing schedule set forth in this Court's Order of January 27, 2006, regarding the Motion to Dismiss and Motion to Change Venue, until such time as this Court has ruled on the Motion to Remand.

/s/ Clinton C. Carter
**CLINTON C. CARTER (CAR 112)**
Attorneys for Plaintiffs

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW,**
**METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Telephone:   (334) 269-2343
Facsimile:   (334) 954-7555

**MCCALLUM, METHVIN & TERRELL, P.C.**
2201 Arlington Ave. S.
Birmingham, Alabama 35205-0000
Telephone:   (205) 939-0199
Facsimile:   (205) 939-0399

**MCCALLUM, HOAGLUND, COOK & IRBY, LLP**
2062ColumbianaRd
Vestavia Hills, AL 35216-2147
Telephone:   (205) 824-7767
Facsimile:   (205) 824-7768

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:


James L. Priester
Edward A. "Ted" Hosp
Grace C. Robinson
**MAYNARD, COOPER & GALE**
1901 6th Avenue North, Suite 2400
Birmingham, Alabama 35203-2618
Telephone:   205-254-1000
Facsimile:    205-254-1999

Jere F. White, Jr.
William H. Brooks
Terrence W. McCarthy
**LIGHTFOOT, FRANKLIN & WHITE**
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
Telephone:   205-581-0700
Facsimile:    205-581-0799


                                                            /s/ Clinton C. Carter
                                                            OF COUNSEL