# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| THE ALABAMA DENTAL ASSOCIATION, ) <br> in an associational capacity on behalf of its ) <br> members, and LEW MITCHELL, D.M.D., ) <br> and JAMES SANDERSON, D.M.D., ) <br> individually and on behalf of all others ) <br> similarly situated, ) <br>   ) <br>     Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> BLUE CROSS AND BLUE SHIELD OF ) <br> ALABAMA, INC., ) <br>   ) <br>     Defendant. | CIVIL ACTION NO. 2:05-CV-1230-W |

### RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO STAY MOTION TO DISMISS AND MOTION TO CHANGE VENUE PENDING RULING ON MOTION TO REMAND

COMES NOW Defendant Blue Cross and Blue Shield of Alabama ("Blue Cross") and respectfully submits its response in opposition to Plaintiffs' Motion to Stay pending a ruling on its Motion to Remand. This Court is clearly permitted to rule on a pending motion to transfer venue before considering a remand motion. Moreover, ruling on such a motion before taking up remand is preferable in this instance for reasons of judicial efficiency and uniformity.

1.  In Gould v. National Life Insurance Company, Judge Albritton transferred a case without ruling on a pending motion to remand. 990 F.Supp. 1354, 1362-63 (M.D. Ala. 1998). In that case, he held that the decision whether to decide a remand or a transfer first should be made on the facts of the particular case. Id. at 1363.

2.  Gould and this case share similar facts including the fact that in this case an analogous action against the same defendant is pending in the potential transferee district, the

Northern District of Alabama.  As stated in the Motion to Transfer, Judge Bowdre in the Northern District of Alabama has another provider class action against Blue Cross pending before her: Paul Howard, M.D. v. Blue Cross Blue Shield of Alabama, Civil Action No. 2:05-BE-1894-S (N.D. Ala. 2005).  Also, as in Gould, the transferee district contains most of the witnesses and sources of proof needed for adjudication of this case.  Id. at 1363.; see also Motion to Transfer at pp. 7-9.

3. The same interests of judicial economy and uniformity underlying Judge Albritton's decision in Gould are furthered by a ruling on the pending Motion to Transfer before consideration of the remand motion.  Judge Bowdre has already invested judicial resources in deciding a motion to remand involving one of the same jurisdictional bases as this action.  Thus, the concerns outlined in Gould will be furthered by denying a stay on the motion to transfer.

4. Plaintiffs assert no arguments in support of their Motion to Stay, perhaps because they will suffer no prejudice from a transfer before a decision on remand.  See Gould at p. 1362 ("Plaintiff will not be prejudiced by Vermont's consideration of these questions, since remand law is a law of general federal application.")

5. If this case is going to be transferred to the Northern District of Alabama, judicial resources are further preserved by allowing all pending motions to be decided by the transferee court, including both the Motion to Remand and the Motion to Dismiss.  As adjudication of both of these motions will require an evaluation of the merits of the case, the preferable course of action is to allow the transferee court to decide all such motions.  Additionally, it should be noted that the Motion to Transfer and the Motion to Dismiss should be granted for independent reasons and thus the Court need not address them simultaneously.

6. In sum, a stay of the pending motions is inappropriate in this instance because allowing the Northern District of Alabama to decide questions of remand and dismissing the Association will allow for consistency and judicial economy. For the above reasons, Plaintiffs' Motion to Stay is due to be denied.

s/ James L. Priester
One of the Attorneys for Defendant
Blue Cross and Blue Shield Of Alabama

OF COUNSEL:

James L. Priester
Edward A. "Ted" Hosp
Grace C. Robinson
MAYNARD, COOPER & GALE, P.C.
1901 6th Avenue North
Suite 2400
Birmingham, Alabama  35203-2618
(205) 254-1000
(205) 254-1999 (fax)

Jere F. White, Jr.
William H. Brooks
Terrence W. McCarthy
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to counsel listed below via electronic filing on this 6th day of February, 2006:

    Jere L. Beasley
    W. Daniel "Dee" Miles, III
    Clinton C. Carter
    BEASLEY, ALLEN, CROW, METHVIN,
    PORTIS & MILES, P.C.
    Post Office Box 4160
    Montgomery, AL  36103-4160

    McCALLUM, METHVIN & TERRELL, P.C.
    2201 Arlington Avenue S.
    Birmingham, AL  35205

    McCALLUM, HOAGLUND, COOK & IRBY, LLP
    2062 Columbiana Road
    Vestavia Hills, AL  35216-2147

                                          s/ James L. Priester_____
                                          Of Counsel