IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE ALABAMA DENTAL ASSOCIATION, *et al.*, ) ) ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:05-cv-1230-MEF |
| ) | |
| BLUE CROSS AND BLUE SHIELD OF ALABAMA, INC., ) ) ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the Plaintiffs' Motion to Stay (Doc. #10) filed on January 26, 2006, it is hereby

ORDERED that the motion is DENIED.

DONE this the 8th day of February, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE