# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| THE ALABAMA DENTAL ASSOCIATION, et al.,       ) | |
| ) | |
| Plaintiffs,    ) | Civil Action No.:2:05-cv-1230-MEF |
| ) | |
| v.    ) | |
| ) | |
| BLUE CROSS AND BLUE SHIELD OF ALABAMA,    ) | |
| ) | |
| Defendant.    ) | |

### AFFIDAVIT OF SANDRA L. SMITH

1.      My name is Sandra L. Smith.  I am the Senior Network Service Representative for Blue Cross and Blue Shield of Alabama.  As such, I have personal knowledge that the statements contained herein are true and correct.

2.      Depending upon the terms of the subscriber's particular health benefits plan, Blue Cross may accept claims for payment for dental services either from the subscriber or from the dentist, typically pursuant to an assignment of benefits from the subscriber.  Dentists who have entered a Participating Dentist Agreement file claims with, and receive payment directly from, Blue Cross for their patients who have Preferred Dental coverage benefits under their health benefits plan.  If a participating dentist submits claims for services provided to patients who do not have Preferred Dental coverage, Blue Cross may pay either the subscriber or the dentist for that claim.

3.      If a dentist does not have a Participating Dentist Agreement with Blue Cross, Blue Cross will nevertheless pay the claim for dental services directly to the dentist pursuant to the

subscriber's assignment of benefits so long as (1) the subscriber's health benefits plan does not have the Preferred Dental coverage benefit and (2) the dentist has never withdrawn, or been terminated by Blue Cross, as a participating dentist. Attached as Exhibit "1" are representative samples of claims received from non-participating dentists whose claims were paid directly by Blue Cross pursuant to the subscriber's assignment of benefits to those dentists.

4.      Dr. James Sanderson does not currently have a Participating Dentist Agreement with Blue Cross. In 1997, Dr. Sanderson ceased his participation in the participating dentist network. Consequently, Blue Cross does not pay Dr. Sanderson directly for claims it receives for dental services provided by him to Blue Cross patients, although claims for his services are paid directly to the subscribers if the benefit plan provides for benefits for non-participating dentists. Attached as Exhibit "2" are samples of some of the claims submitted to Blue Cross for payment for dental services provided by Dr. Sanderson.

5.      I have reviewed the claim history for claims submitted to Blue Cross for dental services provided by Dr. Sanderson to Blue Cross subscribers from January 1, 2004 through December 31, 2005. Based upon that review, I have determined that approximately 74 percent of the claims submitted for dental services rendered by Dr. Sanderson were submitted on behalf of members of ERISA health benefit plans insured or administered by Blue Cross.

6.      My review of Dr. Sanderson's claim history additionally revealed that Dr. Sanderson submitted 104 claims for services provided to patients who are covered through the "Service Benefit Plan," in which Blue Cross insures or administers dental benefits under a health benefits plan for federal government employees and annuitants and their dependents. A sample of a claim form submitted for services provided by Dr. Sanderson to a patient covered through the Service Benefit Plan is attached as Exhibit "3".

7.      Attached as Exhibit "4" are true and correct copies of some of the dental claim forms submitted to Blue Cross by Dr. Lew Mitchell in order to receive payment for dental services he rendered to various Blue Cross subscribers, some of whom had coverage under benefit plans with the Preferred Dental benefits coverage and some of whose plans do not have Preferred Dental coverage.   These forms reflect in Box 20 that these patients assigned their rights to receive payment of benefits for the dental services they received directly to Dr. Mitchell, noting by their signature that "I hereby authorize payment of the dental benefits otherwise payable to me directly to the below named dental entity."  Dr. Mitchell filed these claims for payment with Blue Cross on behalf of his patients and he received payment directly from Blue Cross.

8.      I have reviewed the claims history for claims submitted to Blue Cross for payment by Dr. Mitchell from January 1, 2004 through December 31, 2005.  The review reveals that approximately 55% of those were claims submitted on behalf of members of ERISA health benefit plans insured or administered by Blue Cross.

9.      My review of Dr. Mitchell's claim history also revealed that he has submitted 445 claims for services performed for patients who are covered through the "Service Benefit Plan", in which Blue Cross insures or administers dental benefits under a health benefits plan for federal government employees and annuitants and their dependents.  Samples of some claims received for dental services rendered by Dr. Mitchell to patients covered through the Service Benefit Plan are attached as Exhibit "5".  These claim forms reflect in Box 20 that these patients assigned their rights to receive payment of benefits for the dental services they received directly to Dr. Mitchell, noting by their signature that "I hereby authorize payment of the dental benefits otherwise payable to me directly to the below named dental entity."  Dr. Mitchell filed these

claims for payment with Blue Cross on behalf of his patients and he received payment directly from Blue Cross.

_Sandra L. Smith_

SANDRA L. SMITH

STATE OF ALABAMA    )

JEFFERSON COUNTY    )

     The undersigned, a Notary Public in and for said County, in said State, hereby certifies that SANDRA L. SMITH, assigned to the foregoing document, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, that she executed the same voluntarily for and as the act of said corporation and that the statements contained therein are true and accurate to the best of her belief.

     Given under my hand and official seal this the 10th day of _February_, 2006.

[SEAL]

_Shanon K. Cochran_

NOTARY PUBLIC

My Commission Expires:

9/28/08

# Exhibit 1 of Exhibit B

# DENTAL CLAIM FORM

**Check One:**
- [ ] Dentist's pre-treatment estimate
- [X] Dentist's statement of actual services

**CARRIER NAME AND ADDRESS**

BCBS of AL
PO Box 830389
Birmingham, AL 35283-0389

**PATIENT COVERAGE INFORMATION**

1. Patient's name: Adam Kilgro
2. Relationship to employee: [X] child
3. Sex: M [X]
4. Patient birthdate: MM 11 DD 21 YYYY 1992
5. If full time student school — city

6. Employee/subscriber name and mailing address:
Leslie Jayane Kilgore
1522 Georgetown St. S.W.
Decatur, AL 35603

7. Employee/subscriber soc. sec. or I.D. number: XAD8489363475
8. Employee/subscriber birthdate: MM DD 31 YYYY 1967
9. Employer (company) name and address: Wayne Poultry
10. Group number

11. Is patient covered by another dental plan? yes [X] no
12-a. Name and address of carrier(s)
12-b. Group no. (s)
13. Name and address of other employer (s)

If yes, complete 12-a.
Is patient covered by a medical plan? yes [X] no

14-a. Employee/subscriber name (if different than patient's)
14-b. Employee/subscriber soc. sec. or I.D. number
14-c. Employee/subscriber birthdate: MM DD YYYY
15. Relationship to patient: [ ] self [ ] spouse [ ] parent [ ] other

I have reviewed the following treatment plan. I authorize release of any information relating to this claim. I understand that I am responsible for all costs of dental treatment.

Signed (Patient, or parent if minor) ▷ Signature on file   Date 10/04/2005

I hereby authorize payment directly to the below named dentist of the group insurance benefits otherwise payable to me.

Signed (insured person) ▷ Signature on file   Date 10/04/2005

**BILLING DENTIST**

16. Name of Billing Dentist or Dental Entity:
Lewis B. Sample, D.M.D., M.S., P.C.
2014 Danville Park Dr SW
Decatur, AL 35603

18. Dentist license no.   19.   20. Dentist phone no.: (256) 355-5255
261-121-4809    4668

21. Place of treatment: [X] Office  Hosp.  ECF  Other
22. Place of treatment
23. Radiographs or models enclosed? [X] how many?

24. Is treatment result of occupational illness or injury? No [X] Yes — If yes, enter brief description and dates.
25. Is treatment result of auto accident? No [X]
26. Other accident? No [X]
27. If prosthesis, is this initial placement? No [X] — (if no, reason for replacement)
28. Is treatment for orthodontics? No [X]

28. Date of prior placement

If services already commenced enter: Date appliance placed 06/02/2005   Mos. treat. remain. 20

current series 06/02/2005

| Tooth # or letter | Surface | Description of service (including x-rays, prophylaxis, materials used, etc.) | Date service performed Mo. Day Year | Procedure number | Fee | For administrative use only |
|---|---|---|---|---|---|---|
| | | Total Treatment Fee: $3,750.00 | | D8670 | | |
| | | Periodic Orthodontic Treatment Visit: | 07/01/2005 | D8670 | 130.00 | |
| | | Periodic Orthodontic Treatment Visit: | 08/01/2005 | D8670 | 130.00 | |
| | | Periodic Orthodontic Treatment Visit: | 09/01/2005 | D8670 | 130.00 | |

31. Remarks for unusual services

I hereby certify that the procedures as indicated by date have been completed and that the fees submitted are the actual fees I have charged and intend to collect for those procedures.

Signed (Treating Dentist) ▷   Number 4668   Date 10/04/2005

| | |
|---|---|
| Total Fee Charged | 390.00 |
| Max. Allowable | |
| Deductible | |
| Carrier % | |

(C) 10/04/2005 9:13:34 AM 0, 0

Form Approved by the Council on Dental Care Program
AMERICAN DENTAL ASSOCIATION

MELG

CONT NR XAD 848936347   NAME KILGORE LESLIE J   PG 01

| TRANS DATE | GROUP NUM | MAJ DIV | BIL CYC | PAY MDE | MIN DIV | PAID TO DATE | U-W BEG BILLING | EMPLOYEE NR | GRP SRT | BALANCE FORWARD | NR MEBS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08302004 | 21652 | POA | 01 | 1 | | 00000000 | 00000000 | | A | 00000000 | 00 |

| MICR NR | CANCEL DATE | CAN REAS | IN HOUSE DATE | LST-REIN DATE | CNTY CODE | REGION | PAID BY | SUBSC NR | SEX | COB | STU EXT | DIFF DEP | NPCC FLAG | BILL FLAG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0000 | 00000000 | | 00000000 | | 48 | | | | 2 | 2 | 9 | 3 | | |

| SPON DEP | SOCIAL SECURITY | PAY LOC | COB DATE | TYP CON | SUB OPT | CLAIM CHRG-BK | BILG IND | AGY CDE | BEN OFF | WRK ST | NET WRK | DSK CDE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000000000 | 000000000 | 465 | 00000000 | SPS 3 | | | | | | | | AO |

DCBA IND:

GRSI: 418800359 PA IND: Y
GROUP NAME: CONTIGROUP COMPANIES INC.-DEN   TAL ONLY
POULTRY ACTIVE

-XAD848936371201B-

CSD DEDICATED # - 1-888-252-1430
CLAIMS SECTION CODE - 1201B

HIPAA DT - 00 0000.

```
_HREV    _HITS
HSEL2
CONTRACT      BS CLAIM NUMBER S SC   DENTAL        PE    PATIENT    IN S              *LAST*

 L      SERVICE    P T                 NR   PROVIDER             RT ADJ ADJ    PAYROLL PAY
 N    FROM  THRU   T S PROC TH-SURF    SRV   CODE                CD CDE DATE   DATE    CDE CC
 DP  SUBMITTED   REDUCTION    DEDUCT        CO-PAY      PAID      COV S RR CC

XAD848936347 7 0342795001000 G3             KILGRO               MA 5          11/21/1992
01 0701 070105 C 7 8670          .001 510-08038                  960 1011     102005  0
 1    130.00        0.00      0.00 X    65.00 X         65.00                 8XX05

XAD848936347 7 0342795001000 G3             KILGRO               MA 5          11/21/1992
02 0801 080105 C 7 8670           001 510-08038                  960 1011     102005  0
 1    130.00        0.00      0.00 X    65.00 X         65.00                 8XX05

XAD848936347 7 0342795001000 G3             KILGRO               MA 5          11/21/1992
03 0901 090105 C 7 8670           001 510-08038                  960 1011     102005  0
 1    130.00        0.00      0.00 X    65.00 X         65.00                 8XX05


TOTS:  390.00       0.00      0.00      195.00         195.00

F3 HSEL1   F6 ACTION BAR   F7 BACKWARD   F8 FORWARD   F9 N-A
```

```
_HRE
HSEL +------------------------------------------------------------+
CONT |   DOCTOR CODE: 510 08038 SUB ID: SAM TAX: 63214809 AREA: 01 |
     |   DOCTOR NAME: SAMPLE DMD ,LLEWELLYN B                      |
  L  |   SPECIALTY: 207 Orthodontics            CANCELED: 00/00/0000|
  N  |   2ND SPECIALTY:                                SSN: 42415896|
     |   PAYEE: LEW B SAMPLE DMD MS PC          PHONE: 256 355-5255 |
     |   REMIT ADDRESS: 2014   DANVILLE PARK DR SW  TAKE REFUND: Y  |
  D  |                                          PPO FLAG:   CODE:   |
     |                         AL 35603 1832 UPIN:    #05004        |
XAD8 |   OFC ADDR.: 2014   DANVILLE PARK DR SW        EFF DT: 04/08/1999|
  01 |   OFC CITY: DECATUR                OFC ST: AL 35603 1832     |
  1  |   LCNS: 0000004668 LCNS EFF DT: 06/22/1994 LCNS EXPIRE: 12/31/2004|
XAD8 |   CLINIC IND: 2 DESC: INDIVIDUALS THAT ARE INCORPORATED (USE A|
  02 |   TAX RATHER THAN SSN)                                       |
  1  |                                                             |
XAD8 |   MB MEDICARE NON PAR              07/01/2005  00/00/0000    |
  03 |                                                             |
  1  |                                                             |
     |                                                             |
TOTS +------------------------------------------------------------+
     +---Exit=F12---Scroll=F9-F10----
F3 HSEL1 F6 ACTION BAR  F7 BACKWARD  F8 FORWARD  F9 N/A
```

```
BLUE SHIELD PROVIDER DATA SYSTEM                          QDOC
PAGE
PLAN 510 PROV# 08038 - 3 ALPHA NM SAM          UPIN #05004
NAME LLEWELLYN (Lew) B SAMPLE, DMD
                   ADMITTING PRIVILEGES

PLAN HOSP       HOSPITAL NAME              EFF DT     EFF THRU DT


NO ADMITTING PRIVILEGE DATA ON FILE
```

# Dental Claim Form

9965-J764*1NB0A0KNJ022025
051027 25.13312.0.1759A.109524787

© American Dental Association, 1999 version 2000                                   764

| Field | Value |
|---|---|
| 1. Dentist's pre-treatment estimate / Dentist's statement of actual service | END |
| 3. Carrier Name | BLUE CROSS BLUE SH |
| 4. Carrier Address | P.O. BOX 830389 |
| 2. Medicaid Claim / EPSDT | Prior Authorization # |
| 5. City | BIRMINGHAM |
| 6. State | AL |
| 7. Zip | 35283-0389 |

## PATIENT

8. Patient Name (Last, First, Middle): COLE LIZ M
9. Address: 128 ADALENE LANE
10. City: MADISON  11. State: AL
12. Date of Birth: 07 / 15 / 1962  13. Patient ID #: 109524787  14. Sex: F
15. Phone Number  16. Zip Code: 35757
17. Relationship to Subscriber/Employee: Self
18. Employer/School

## SUBSCRIBER/EMPLOYEE

19. Subs./Emp. ID#/SS#: XAD880983602
20. Employer Name
21. Group #: 21652
22. Subscriber/Employee Name (Last, First, Middle): COLE, LIZ M
23. Address: 128 ADALENE LANE
25. City: MADISON  26. State: AL  27. Zip Code: 35757
28. Date of Birth: 07 / 15 / 1962  29. Marital Status: Married  30. Sex: F
31. Is patient covered by another plan: (Skip 32-37)
39. Signature: SIGNATURE ON FILE  Date: 10-27-05

## BILLING DENTIST

42. Name of Billing Dentist or Dental Entity: DEBORAH S. BISHOP  51514775
43. Phone Number: (256)882-5161
44. Provider ID #: 51514775
45. Dentist Soc. Sec. or T.I.N.: 331035218
46. Address: SUITE 7C DRAKE AVE SW
47. Dentist Licence #: 51514775
49. Place of treatment: Office
50. City: HUNTSVILLE  51. State: AL  52. Zip Code: 35802
54. Is treatment for orthodontics? No
56. Is treatment result of occupational illness or injury? No
57. Is treatment result of: neither

## 59. Examination and treatment plans

| Date (MM/DD/YYYY) | Tooth | Surface | Diagnosis Index # | Procedure Code | Qty | Description | Fee |
|---|---|---|---|---|---|---|---|
| 10 25 05 | 8 | | | D3346 | 01 | RETREATMENT-ANTERIOR,BY REPO | 767.00 |
| 10 25 05 | 9 | | | D3331 | 01 | TREATMENT ROOT CANAL OBSTRUCT | 250.00 |
| 10 25 05 | 9 | | | D3346 | 01 | RETREATMENT-ANTERIOR,BY REPO | 0.00 |

60. Identify all missing teeth with X.
Total Fee: 1017.00

62. I hereby certify... 10-27-05
x DEBORAH S. BISHOP  51514775
63. Address where treatment was performed: 2227 DRAKE AVE SW SUITE 7C
64. City: HUNTSVILLE  65. State: AL  66. Zip Code: 35802

©American Dental Association, 1999  140195
1027021400020:197-313
802459

```
MELG
              CONT NR XAD 880983602    NAME COLE LIZ M                                           PG 01
        GROUP MAJ BIL PAY MIN  PAID TO U-W BEG EMPLOYEE GRP    BALANCE                           NR
  TRANS DIV  DIV CYC MDE DIV    DATE  BILLING    NR     SRT    FORWARD                           MEBS
  DATE  NUM                                              A                                        00
09062005 21652 POA 01   1     00000000 00000000                       .00

                                                      STU DIFF NPCC BILL
MICR  CANCEL  CAN  IN LST-REIN CNTY       PAID   SUBSC SEX COB EXT DEP FLAG FLAG   DSK
NR    DATE    REAS HOUSE DATE  CODE REGION BY     NR                               CDE
0000 00000000           00000000  48              2    2   2   9   3               AO

SPON  SOCIAL  PAY    COB   TYP   SUB   CLAIM   BILG  AGY BEN WRK NET         DCBA IND:
DEP   SECURITY LOC   DATE  CON SPS OPT CHRG-BK IND   CDE OFF ST  WRK
      000000000 465  00000000 3                      CDE         CDE

GRSI: 423551314 PA IND: Y
    GROUP NAME: CONTIGROUP COMPANIES INC.-DEN TAL ONLY
                POULTRY ACTIVE

                                                     -XAD880983602I201B-
CSD DEDICATED # :- 1-888-252-1430
CLAIMS SECTION CODE - 1201B

    HIPAA DT - 00 0000
```

```
_HREV      _HITS
HSEL2
CONTRACT     BS CLAIM NUMBER S SC   DENTAL        PE    PATIENT   IN S        *LAST*
                                                                              DOB

 L   SERVICE    P T                 NR  PROVIDER        RT ADJ ADJ   PAYROLL PAY
 N   FROM THRU  T S PROC TH-SURF    SRV CODE            CD CDE DATE  DATE    CDE
DP   SUBMITTED    REDUCTION  DEDUCT     CO-PAY   PAID    COV S RR CC

XAD88098360 2 7 039304557700 0 G3              COLE           LM 2    07/15/1962
01 1025 102505 C 7 3346 08        001 515-14775         960 1101 111005 0
 1   767.00    407.00 A1  0.00 X  72.00      288.00     8XX01
XAD88098360 2 7 039304557700 0 G3              COLE           LM 2    07/15/1962
02 1025 102505 C 7 3331 09        001 515-14775         960 1101 111005 0
 1   250.00    120.00 A1  0.00 X  26.00      104.00     8XX01


TOTS:  1017.00    527.00    0.00   98.00      392.00

F3 HSEL1  F6 ACTION BAR   F7 BACKWARD   F8 FORWARD   F9 N/A
```

```
HRE   +----------------------------------------------------------------------+
HSEL  | DOCTOR CODE: 515 14775 SUB ID: BIS TAX: 33103518 AREA: 01            |
CONT  | DOCTOR NAME: BISHOP DMD ,DEBORAH S                                   |
      | SPECIALTY: 206 Endodontics                     CANCELED: 00/00/0000  |
 L    | 2ND SPECIALTY:                                     SSN: 41647865     |
 N    | PAYEE: BISHOP DMD, DEBORAH S                 PHONE: 256 882-5161     |
      | REMIT ADDRESS: 2227 DRAKE AVE SW STE 7C     TAKE REFUND: Y           |
 D    |                                              PPO FLAG:   CODE:       |
      |              HUNTSVILLE       AL 35805 6123  UPIN:      AL0302        |
XAD8  | OFC ADDR: 2227 DRAKE AVE SW STE 7C              EFF DT: 05/06/2003    |
 01   | OFC CITY: HUNTSVILLE           OFC ST: AL 35805 6123                 |
  1   | LCNS: 00000E3550 LCNS EFF DT: 06/29/1979 LCNS EXPIRE: 12/31/2003     |
XAD8  | CLINIC IND: 2 DESC: INDIVIDUALS THAT ARE INCORPORATED (USE A         |
 02   | TAX RATHER THAN SSN)                                                 |
  1   |                                                                      |
      |                                                                      |
TOTS  +----------------------------------------------------------------------+
      ---Exit=F12---Scroll=F9-F10-----
      F3 HSEL1 F6 ACTION BAR  F7 BACKWARD  F8 FORWARD  F9 N\A
```

BLUE SHIELD PROVIDER DATA SYSTEM                QDOC
PAGE
PLAN 515 PROV# 14775 - 3 ALPHA NM BIS          UPIN AL0302
NAME DEBORAH S. BISHOP, DMD
          ADMITTING PRIVILEGES

PLAN HOSP      HOSPITAL NAME          EFF DT      EFF THRU DT

NO ADMITTING PRIVILEGE DATA ON FILE

# ADA Dental Claim Form

**HEADER INFORMATION**

1. Type of Transaction (Check all applicable boxes)
   - [X] Statement of Actual Services – OR – [ ] Request for Predetermination/Preauthorization
   - [ ] EPSDT/Title XIX

2. Predetermination/Preauthorization Number

**PRIMARY PAYER INFORMATION**

3. Name, Address, City, State, Zip Code

Blue Cross/Blue Shield of Alabama
P.O. Box 830389
Birmingham, AL 35283-0389

**OTHER COVERAGE**

4. Other Dental or Medical Coverage?  [X] No (Skip 5-11)  [ ] Yes (Complete 5-11)

5. Subscriber Name (Last, First, Middle Initial, Suffix)

6. Date of Birth (MM/DD/CCYY)   7. Gender [ ]M [ ]F   8. Subscriber Identifier (SSN or ID#)

9. Plan/Group Number   10. Relationship to Primary Subscriber (Check applicable box)
   [ ] Self  [ ] Spouse  [ ] Dependent  [ ] Other

11. Other Carrier Name, Address, City, State, Zip Code

**PRIMARY SUBSCRIBER INFORMATION**

12. Name (Last, First, Middle Initial, Suffix), Address, City, State, Zip Code

Powell, Leslie
6030 Jamaica Rd.
Semmes, AL  36575

13. Date of Birth (MM/DD/CCYY)   14. Gender [X]M [ ]F   15. Subscriber Identifier (SSN or ID#)
XAD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

16. Plan/Group Number  56627   17. Employer Name  Emerson

**PATIENT INFORMATION**

18. Relationship to Primary Subscriber (Check applicable box)
   [ ] Self  [ ] Spouse  [X] Dependent Child  [ ] Other

19. Student Status  [ ] FTS  [ ] PTS

20. Name (Last, First, Middle Initial, Suffix), Address, City, State, Zip Code

Powell, Colby
6030 Jamaica Rd.
Semmes, AL  36575

21. Date of Birth (MM/DD/CCYY)  06/16/1992   22. Gender [X]M [ ]F   23. Patient ID/Account # (Assigned by Dentist)  05009

**RECORD OF SERVICES PROVIDED**

| | 24. Procedure Date (MM/DD/CCYY) | 25. Area of Oral Cavity | 26. Tooth System | 27. Tooth Number(s) or Letter(s) | 28. Tooth Surface | 29. Procedure Code | 30. Description | 31. Fee |
|---|---|---|---|---|---|---|---|---|
| 1 | 08/17/2005 | | | | | D8670 | Monthly Payment 5 of 12 | 85.00 |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |

**MISSING TEETH INFORMATION**

34. (Place an "X" on each missing tooth)

| | | | | | | Permanent | | | | | | | | | | | | | | | | Primary | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | A | B | C | D | E | F | G | H | I | J |
| 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | | T | S | R | Q | P | O | N | M | L | K |

32. Other Fee(s)

33. Total Fee  85.00

35. Remarks  Initial visit

**AUTHORIZATIONS**

36. I have been informed of the treatment plan and associated fees. I agree to be responsible for all charges for dental services and materials not paid by my dental benefit plan, unless prohibited by law, or the treating dentist or dental practice has a contractual agreement with my plan prohibiting all or a portion of such charges. To the extent permitted by law, I consent to your use and disclosure of my protected health information to carry out payment activities in connection with this claim.

X  Signature on File                                08/17/2005
   Patient/Guardian signature                       Date

37. I hereby authorize and direct payment of the dental benefits otherwise payable to me, directly to the below named dentist or dental entity.

X                                                  08/17/2005
   Subscriber signature                             Date

**BILLING DENTIST OR DENTAL ENTITY** (Leave blank if dentist or dental entity is not submitting claim on behalf of the patient or insured/subscriber)

48. Name, Address, City, State, Zip Code
Joseph A. Hastings D.M.D.
Joseph A. Hastings
5920 Grelot Rd.
Suite A.
Mobile, Al. 36609

49. Provider ID   50. License Number  3674   51. SSN or TIN  63-0881164

52. Phone Number  (251) 343-3807

**ANCILLARY CLAIM/TREATMENT INFORMATION**

38. Place of Treatment (Check applicable box)
   [X] Provider's Office  [ ] Hospital  [ ] ECF  [ ] Other

39. Number of Enclosures (00 to 99)
   Radiograph(s)  Oral Image(s)  Model(s)

40. Is Treatment for Orthodontics?
   [ ] No (Skip 41-42)  [X] Yes (Complete 41-42)

41. Date Appliance Placed (MM/DD/CCYY)

42. Months of Treatment Remaining   43. Replacement of Prosthesis?
   [ ] No  [ ] Yes (Complete 44)   44. Date Prior Placement (MM/DD/CCYY)

45. Treatment Resulting from (Check applicable box)
   [ ] Occupational illness/injury  [ ] Auto accident  [ ] Other accident

46. Date of Accident (MM/DD/CCYY)   47. Auto Accident State

**TREATING DENTIST AND TREATMENT LOCATION INFORMATION**

53. I hereby certify that the procedures as indicated by date are in progress (for procedures that require multiple visits) or have been completed and that the fees submitted are the actual fees I have charged and intend to collect for those procedures.

X  Signature on File                                08/17/2005
   Signed (Treating Dentist)                        Date

54. Provider ID   55. License Number  3674

56. Address, City, State, Zip Code
5920 Grelot Rd.
Suite A.
Mobile, Al. 36609

57. Phone Number  (251) 343-3807   58. Treating Provider Specialty

©American Dental Association, 2002
J515 (Same as ADA Dental Claim Form) – J516, J517, J518, J519

MELG

```
                  CONT NR XAD 89799710S  NAME POWELL LESLIE                                    PG 01
    TRANS    GROUP MAJ BIL PAY MIN   PAID TO U-W BEG  EMPLOYEE  GRP    BALANCE               NR
    DATE      NUM  DIV CYC MDE DIV    DATE    BILLING   NR      SRT    FORWARD              MEBS
01012005 56627 D00 01   1          00000000 00000000              A                 .00     00

    MICR     CANCEL   CAN   IN  LST-REIN CNTY       PAID SUBSC      STU DIFF NPCC BILL
    NR        DATE   REAS HOUSE DATE     CODE REGION  BY  SEX COB EXT DEP FLAG FLAG FLAG
0000  00000000          00000000        99                1   2   2   4   2             DSK
                                                                                        CDE
    SPON    SOCIAL    PAY   COB    TYP   SUB  CLAIM    BILG  AGY BEN WRK NET              CA
    DEP    SECURITY   LOC   DATE   CON SPS OPT CHRG-BK  IND  CDE OFF ST  WRK
    000000000  000000000         00000000  3                             DCBA IND:

GRSI: 423984165 PA IND: Y
  GROUP NAME: EMERSON ELECTRIC. CO.
             ASSET OPTIMIZATION INSTR & VAL  GULF REGION

CSD DEDICATED # - 1-800-783-2197              -XAD89799710512O2AR-
CLAIMS SECTION CODE - 1202AR

HIPAA DT - 01 2005
```

```
_HREV      _HITS
HSEL2
CONTRACT      BS CLAIM NUMBER S SC      DENTAL      PE      PATIENT      IN S      *LAST*

L   SERVICE   P T                    NR                              RT ADJ ADJ            PAYROLL PAY
N   FROM THRU T S PROC  TH-SURF      SRV   PROVIDER CODE             CD CDE DATE           DATE    CDE
DP  SUBMITTED   REDUCTION   DEDUCT         CO-PAY         PAID       COV S RR CC

XAD897997105 7 0312345126000 0 G3
01 0817 081705.C 7 8670           001 510-9092   POWELL             C    5    06/16/1992
1    85.00       0.00       0.00 X  42.50 X      42.50      960 0824 090105  0
                                                                              8XX05

TOTS:  85.00       0.00       0.00         42.50          42.50

F3 HSEL1  F6 ACTION BAR  F7 BACKWARD  F8 FORWARD  F9 N/A
```

```
_HRE
HSEL +-----------------------------------------------+
CONT | DOCTOR CODE: 510 90092 SUB ID: HAS TAX: 630081164 AREA: 04
     | DOCTOR NAME: HASTINGS DMD ,JOSEPH A              CANCELED: 00/00/0000
     | SPECIALTY: 207 Orthodontics
  L  | 2ND SPECIALTY:                                   PHONE: 251 343-3808
  N  | PAYEE: HASTINGS DMD JOSEPH A                           SSN: 57426438
     | REMIT ADDRSS: 5920 GRELOT RD STE A               TAKE REFUND: Y
  D  |                                                  PPO FLAG:  CODE:
     |                   MOBILE          AL 36609 3606  UPIN: U57003
XAD8 | OFC ADDR: 5920 GRELOT RD STE A                              08/21/1989
 01  | OFC CITY: MOBILE          OFC ST: AL 36609 3606  EFF DT:
 -1  | LCNS: 0000E3674 LCNS EFF DT: 06/25/1981 LCNS EXPIRE: 00/00/0000
     | CLINIC IND: 0 DESC: FOR USE BY INDIVIDUALS WHO ARE THEIR OWN
     | PAYEE (USING SSN FOR THEIR TAX-ID)
     +-----------------------------------------------+
TOTS +---Exit=F12---Scroll=F9-F10---
F3 HSEL1  F6 ACTION BAR  F7 BACKWARD  F8 FORWARD  F9 N\A
```

```
                  BLUE SHIELD PROVIDER DATA SYSTEM              QDOC
                  PAGE
PLAN 510 PROV# 90092 - 3 ALPHA NM HAS      UPIN U57003
NAME JOSEPH A HASTINGS. DMD
                     ADMITTING PRIVILEGES

PLAN HOSP       HOSPITAL NAME              EFF DT     EFF THRU DT




NO ADMITTING PRIVILEGE DATA ON FILE
```

# DENTAL CLAIM FORM

| 1. ☐ Dentist's pre-treatment estimate ☒ Dentist's statement of actual services  Provider ID No. | 2. ☐ Medicaid Claim ☐ EPSDT  Prior Authorization No.  Patient ID No. | 3. Carrier name and Address  BCBS OF AL  PO Box 830389  I  Birmingham, AL 35283-0389 |
|---|---|---|

**P A T I E N T  C O V E R A G E**

| 4. Patient name first m.i. last  **James  C Goodson** | 5. Relation to insured  ☒ self  ☐ child  ☐ spouse  ☐ other | 6. Sex  m f  X | 7. Patient birthdate  MM DD YYYY  09/14/1962 | 8. If full time student  school  city |
|---|---|---|---|---|

| 9. Employee/subscriber name and mailing address  **James C Goodson  3405 Oakridge Dr  Decatur, AL 35603** | 10. Employee/subscriber soc sec number  **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** | 11. Employee/subscriber birthdate  MM DD YYYY  09/14/1962 | 12. Employer (company) name and address  **Copeland  Hwy 31 South  Hartselle, AL 35640** | 13. Group number  **57023** |
|---|---|---|---|---|

| 14. Is patient covered by another dental plan?  If yes, complete 15-a.  ☐ Yes ☒ No  Is patient covered by a medical plan?  ☐ Yes ☒ No | 15-A. Name and address of carrier(s) | 15-B. Group No.(s) | 16. Name and address of employer |
|---|---|---|---|

| 17-A. Employee/subscriber name (if different than patient's) | 17-B. Employee/subscriber soc. sec. number | 17-C. Employee/subscriber birthdate  MM DD YYYY | 18. Relationship to insured  ☐ self  ☐ child  ☐ spouse  ☐ other |
|---|---|---|---|

| 19. I have reviewed the following treatment plan and fees. I agree to be responsible for all charges for dental services and materials not paid by my dental benefit plan unless the treating dentist or dental practice has a contractual agreement with my plan prohibiting all or a portion of such charges. To the extent permitted under applicable law, I authorize release of any information relating to this claim.  **Signature on File**          08/02/05  Signed ( Patient, or parent if minor ) | 20. I hereby authorize payment of the dental benefits otherwise payable to me directly to the below name dental entity.  **Signature on File**          08/02/05  Signed (Employee/subscriber) |
|---|---|

**B I L L I N G  D E N T I S T**

| 21. Name of Billing Dentist or Dental Entity  **Charles F. Betts, Jr., DMD** | 30. Is treatment result of occupational illness or injury? | No Yes  X | If yes, enter brief description and dates |
|---|---|---|---|
| 22. Address of where payment should be remitted  **2012 Danville Park Dr., S.W.** | 31. Auto accident? | X | |
| 23. City, State, Zip  **Decatur, AL 35603** | 32. Other accident? | X | |

| 24. Dentist Soc Sec or T.I.N.  **TIN:630881802** | 25. Dentist license No.  **4284** | 26. Dentist phone No.  **1 (256) 350-5006** | 33. If prosthesis, is this initial placement? | ( If no, reason for replacement ) | 34. Date of prior placement |
|---|---|---|---|---|---|
| 27. First visit date current series  **08/02/05** | 28. Place of treatment  Office Hosp ECF Other  X | 29. Radiographs  No Yes How Many?  X | 35. Is treatment for orthodontics?  X | If services already commenced, enter: | Date appliances placed | Mos. treatment remaining |

| 36. Identify missing teeth with "X"  FACIAL | 37. Examination and treatment plan-List in order from tooth No. 1 through tooth No. 32 - Use charting system shown. | | | | | For administrative use only |
|---|---|---|---|---|---|---|
| | Tooth No. or letter | Surface | Description of service ( including x-rays, prophylaxis, materials, etc. )  Line No. | Date service performed  MM DD YY | Procedure Number | Fee |
| | | | ADULT PROPHYLAXIS | 080205 | 01110 | 53 00 |
| | | | PERIODIC ORAL EVALUATION | 080205 | 00120 | 27 00 |
| | | | PERIAPICAL X-RAY | 080205 | 00220 | 19 00 |

(tooth chart)

UPPER
RIGHT   LINGUAL   LEFT
LOWER

38. Remarks for unusual services

| 39. I hereby certify that the procedures as indicated by date have been completed and that the fees submitted are the actual fees I have charged and intend to collect for those procedures.  (signature) Charles F. Betts, Jr., DMD  ( Treating Dentist ) | 4284  License Number | 08/02/05  Date | 41. Total Fee Charged  99 00 |
|---|---|---|---|
| | | | 42. Payment by other plan |
| | | | Max allowable |
| | | | Deductible |
| 40. Address where treatment was performed  **2012 Danville Park Dr., S Decatur**       City       AL       State       35603       Zip | | | Carrier % |
| | | | Carrier pays |
| 1994 Revision | PAT. ID: 226401 | PRIMARY CLAIM No.: 41221 | Patient pays |

092133 25/006

MELG

| TRANS DATE | GROUP NUM | MAJ DIV | BIL CYC | PAY MDE | MIN DIV | CONT NR XAD 813363726 | PAID TO DATE | NAME GOODSON JAMES C | U-W BEG BILLING | EMPLOYEE NR | GRP SRT | BALANCE FORWARD | PG 01 NR MEBS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07012002 | 57022 | D00 | 01 | 1 | | | 0000000 | | 07012002 | | A | .00 | 00 |

| MICR NR | CANCEL DATE | CAN REAS | IN HOUSE | LST-REIN DATE | CNTY CODE | PAID REGION BY | SUBSC SEX COB | STU EXT | DIFF DEP | NPCC FLAG | BILL FLAG |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0000 | 00000000 | | | 00000000 | 99 | | 1  2 | F | G | | |

| SPON DEP | SOCIAL SECURITY LOC | COB DATE | TYP CON SPS | SUB OPT | CLAIM CHRG-BK | BILG IND | AGY BEN CDE OFF | WRK ST | NET WRK | DSK CDE |
|---|---|---|---|---|---|---|---|---|---|---|
| XAD316682721 | 00000000 | | 3 | | 1 | | | | | CE |

DCBA IND:

GRSI: 316682721  PA IND: Y
GROUP NAME: EMERSON ELECTRIC CO.
            COPELAND CORP SLRY ACTIVE        HARTSELLE, AL

CSD DEDICATED # - 1-800-783-2197                -XAD813363726120 2AR-
CLAIMS SECTION CODE - 1202AR

HIPAA DT - 00.0000

```
                    BLUE SHIELD PROVIDER DATA SYSTEM                              QDOC
                    PAGE
PLAN 510 PROV# 90977  - 1 ALPHA NM BET SSN 418827278              UPIN #05378
NAME CHARLES F BETTS JR. DMD                       CROSS# 000 - 00000
DOING BUSINESS AS
PAYEE CHARLES F BETTS JR DMD PC           TAX ID 630881802 LIFE ID 51090977
PAYEE ADDR ATTN
ADDR  2012 DANVILLE PARK DR SW
CITY DECATUR              ST AL ZIP 35603-1832 ADDR EFF DT 07/26/2001 CODE-1 Y
TEL (256)350-5006         COMMON PAY# 510-90977 EFF 05/30/1996 THRU 00/00/0000

OFC ADDR ATTN
ADDR  2012 DANVILLE PARK DR SW
CITY DECATUR              ST AL ZIP 35603-1832 ADDR EFF DT 07/24/2001 CODE-1 Y
TEL (256)350-5006                   COUNTY Morgan
FAX (256)000-0000        EMAIL
PRIM SPEC 219 General Dentistry  BC U SCNDY SPEC              BC
LCNS 00000E4284  LCNS EFF 06/21/1989 LCNS EXPIRE 00/00/0000
PPO   PPO CODE   ANTHEM# 00000000000       AREA 01 PROV REP 12 EMC REP 25
TAKE REFUND Y CLINIC IND 2 EPI 0 None
NO MAIL N EFF 00/00/0000  MAIL TO OFC Y EFF 08/09/1991
ADD DT 08/09/1991 CAN DT  00/00/0000 CAN RSN
                    ***** MESSAGE *****
F1 QABL,F2 QDNM,F5 PCXR,F7 PCOV,F8 QLIC,F9 QTAX,F10XREF,F11ACRE,F12QINQ,F14QFNM
```

```
_HREV    _HITS
HSEL2
CONTRACT   BS CLAIM NUMBER S SC    DENTAL    PE PROVIDER   PATIENT   IN S            *LAST*
  L     SERVICE    P T              NR                                RT ADJ ADJ    PAYROLL PAY
  N    FROM THRU   T S PROC TH-SURF SRV PROVIDER                      CD CDE DATE    DATE    CDE CC
                                        CODE
 DP   SUBMITTED   REDUCTION   DEDUCT    CO-PAY                PAID    COV S RR CC

XAD813363726  7 03621650320 0 G3                    GOODSON                 JC 1    09/14/1962
 01 0802 080205 C 7 1110         0.00 X  001 510-90977                      960 0809 081805  0
  1   53.00       4.00    A1               0.00                   49.00              8XX01
XAD813363726  7 03621650320 0 G3                    GOODSON                 JC 1    09/14/1962
 02 0802 080205 C 7 0120         0.00 X  001 510-90977                      960 0809 081805  0
  1   27.00       1.00    A1               0.00                   26.00              8XX01
XAD813363726  7 03621650320 0 G3                    GOODSON                 JC 1    09/14/1962
 03 0802 080205 C 7 0220         0.00 X  001 510-90977                      960 0809 081805  0
  1   19.00       3.00    A1               0.00                   16.00              8XX01

TOTS:  99.00       8.00         0.00      0.00                   91.00

F3 HSEL1  F6 ACTION BAR  F7 BACKWARD  F8 FORWARD  F9 N/A
```

```
_HRE  +-----------------------------------------------------------------------+
HSEL  | DOCTOR CODE: 510 90977 SUB ID: BET TAX: 630881802 AREA: 01             |
CONT  | DOCTOR NAME: BETTS Jr DMD ,CHARLES F                                   |
  L   | SPECIALTY: 219 General Dentistry           CANCELED: 00/00/0000        |
  N   | 2ND SPECIALTY:                             PHONE: 256 350-5006         |
      | PAYEE: CHARLES F BETTS JR DMD PC           SSN: 41882 7278             |
  D   | REMIT ADDRESS: 2012 DANVILLE PARK DR SW    TAKE REFUND: Y              |
      |                                            PPO FLAG:   CODE:           |
      |          DECATUR             AL 35603 1832   UPIN: #05378              |
XAD8  | OFC ADDR: 2012 DANVILLE PARK DR SW              EFF DT: 08/09/1991     |
 01   | OFC CITY: DECATUR            OFC ST: AL 35603 1832                     |
 -1   | LCNS: 0000E4284 LCNS EFF DT: 06/21/1989 LCNS EXPIRE: 00/00/0000        |
XAD8  | CLINIC IND: 2 DESC: INDIVIDUALS THAT ARE INCORPORATED (USE A           |
 02   | TAX RATHER THAN SSN)                                                   |
  1   |                                                                        |
XAD8  | MB MEDICARE NON PAR             07/01/2005  00/00/0000                 |
 03   |                                                                        |
  1   +-----------------------------------------------------------------------+
TOTS  |-----Exit=F12--Scroll=F9-F10------
      F3  HSEL1  F6 ACTION BAR  F7 BACKWARD  F8 FORWARD  F9 N^A
```

# Dental Claim Form

| | |
|---|---|
| 1 ☐ Dentist's pre-treatment estimate<br>☒ Dentist's statement of actual services<br>Provider ID # 07262 | 2 ☐ Medicaid Claim<br>☐ EPSDT<br>Prior Authorization #<br>Patient ID # |

3. Carrier name and address
BCBS AL
P.O. Box 830389
Birmingham, AL  35283-0389

**PATIENT COVERAGE**

| 4. Patient name<br>first          m.i.          last<br><br>Victoria M Halbrooks | 5. Relationship to employee<br>☐ self  ☒ child<br>☐ spouse  ☐ other | 6. Sex<br>m  f<br>X | 7. Patient birthdate<br>MM DD YYYY<br>04  21  1994 | 8. If full time student<br>school<br><br>city |
|---|---|---|---|---|

| 9. Employee/subscriber name<br>and mailing address<br>Edwin H Halbrooks<br>1343 Kyle Road<br>Hartselle, AL  35640 | 10. Employee/subscriber dental plan<br>I.D. number<br><br>XAD899227899 | 11. Employee/subscriber<br>birthdate<br>MM  DD  YYYY<br>11  03  1956 | 12. Employer (company) name<br>and address<br>Copeland | 13. Group number<br><br>57022 |
|---|---|---|---|---|

| 14. Is patient covered by another<br>dental plan<br>yes  X no<br>If yes, complete 15-a.<br>Is patient covered by a medical<br>plan?  yes  X no | 15-a. Name and address of carrier(s) | 15-b. Group no.(s) | 16. Name and address of other employer(s) |
|---|---|---|---|

**INFO**

| 17-a. Employee/subscriber name<br>(if different from patient's) | 17-b. Employee/subscriber dental<br>plan I.D. number | 17-c. Employee/subscriber<br>birthdate<br>MM  DD  YYYY | 18. Relationship to patient<br>☐ self  ☐ child<br>☐ spouse  ☐ other |
|---|---|---|---|

19. I have reviewed the following treatment plan and fees. I agree to be responsible for all charges for dental services and materials not paid by my dental benefit plan, unless the treating dentist or dental practice has a contractual agreement with my plan prohibiting all or a portion of such charges. To the extent permitted under applicable law, I authorize release of any information relating to this claim.
> SIGNATURE ON FILE                    08/09/2005
Signed (Patient or guardian)          Date

20. I hereby authorize payment of the dental benefits otherwise payable to me directly to the below named dental entity.
> SIGNATURE ON FILE                    08/09/2005
Signed (Employee/subscriber)          Date

**BILLING**

| 21. Name of Billing Dentist or Dental Entity<br>Michael O McCutcheon, D.M.D.,P.C.<br><br>22. Address where payment should be remitted<br>P.O. Box 1148<br>23. City, State, Zip<br>Hartselle, AL  35640 | 30. Is treatment result<br>of occupational<br>illness or injury? | No  Yes<br>X | If yes, enter brief description and dates |
|---|---|---|

| | 31. Is treatment result<br>of auto accident? | X | |
|---|---|---|---|

| | 32. Other accident? | X | |
|---|---|---|---|

**DENTIST**

| 24. Dentist Soc. Sec. or T.I.N.<br>63-1263662 | 25. Dentist license no.<br>4450 | 26. Dentist phone no.<br>(256)773-6579 | 33. If prosthesis, is this<br>initial placement? | (If no, reason for replacement) | 34. Date of prior<br>placement |
|---|---|---|---|---|---|

| 27. First visit date<br>current series | 28. Place of treatment<br>Office  Hosp.  ECF  Other<br>X | 29. Radiographs or<br>models enclosed? | No  Yes<br>X | How<br>many? | 35. Is treatment for<br>orthodontics? | If service already<br>commenced<br>enter: | Date appliances<br>placed | Mos. treatment<br>remaining |
|---|---|---|---|---|---|---|---|---|

| 36. Identify missing teeth with "x" | 37. Examination and treatment plan - List in order from tooth no. 1 through tooth no. 32 - Using charting system shown. | | | | | For administrative<br>use only |
|---|---|---|---|---|---|---|



| Tooth #<br>or letter | Surface | Description of service<br>(including x-rays, prophylaxis, materials used, etc.) | Date service performed<br>Mo.  Day  Year | Procedure number | Fee | |
|---|---|---|---|---|---|---|
| | | Periodic Oral Examination | 08  08  2005 | D0120 | 29.00 | |
| | | Prophylaxis-child | 08  08  2005 | D1120 | 39.00 | |
| | | Fluoride w/o prophylaxis-child | 08  08  2005 | D1203 | 15.00 | |

38. Remarks for unusual services

| 39. I hereby certify that the procedures as indicated by dates have been completed and that the fees submitted<br>are the actual fees I have charged and intend to collect for those procedures. | 41. Total Fee<br>Charged | 83.00 |
|---|---|---|

> Signature On File          4450              08/09/2005
Signed (Treating Dentist)   License Number    Date

| 40. Address where treatment was performed<br>P.O. Box 1148 | Hartselle<br>City | AL<br>State | 35640<br>Zip |
|---|---|---|---|

| 42. Payment by<br>other plan | |
|---|---|
| Max. Allowable | |
| Deductible | |
| Carrier % | |
| Carrier pays | |
| Patient pays | |

© American Dental Association, 1994

052235 273191

MELG

```
                CONT NR XAD 899227899      NAME HALBROOKS EDWIN H                              PG 01
TRANS     GROUP MAJ BIL PAY MIN PAID TO  U-W BEG EMPLOYEE GRP   BALANCE                         NR
 DATE      NUM  DIV CYC MDE DIV  DATE    BILLING   NR      SRT   FORWARD                       MEBS
07012002 57022 D00 01   1       00000000 07012002          A        .00                         00

MICR   CANCEL        CAN   IN  LST-REIN CNTY         PAID SUBSC          STU DIFF NPCC BILL     DSK
 NR     DATE        REAS HOUSE  DATE    CODE REGION   BY  SEX COB EXT    DEP FLAG FLAG FLAG     CDE
0000  00000000                 00000000  99               1   2   F      G                      CE

SPON  SOCIAL        PAY    COB    TYP  SUB  CLAIM    BILG       AGY BEN WRK NET                  DSK
DEP SECURITY        LOC    DATE   CON SPS OPT CHRG-BK IND       CDE OFF ST WRK                   CDE
XAD423803028               00000000  3            1                               DCBA IND:      CE

GRSI: 423803028 PA IND: Y
   GROUP NAME: EMERSON ELECTRIC CO.                    HARTSELLE, AL
               COPELAND CORP SLRY ACTIVE                              -XAD899227899 1202AR-

   CSD DEDICATED # - 1-800-783-2197
   CLAIMS SECTION CODE - 1202AR

   HIPAA DT - 00 0000
```

```
_HREV     _HITS
HSEL2
CONTRACT     BS CLAIM NUMBER S SC     DENTAL     PE PATIENT     IN S                      *MORE*

 L   SERVICE      P T                    NR  PROVIDER        RT ADJ ADJ      PAYROLL PAY
 N   FROM THRU    T S PROC TH-SURF       SRV CODE            CD CDE DATE     DATE    CDE
     DP  SUBMITTED    REDUCTION   DEDUCT      CO-PAY         PAID   COV S RR CC            DOB

XAD899227899 7 047223022700 0 G3                    HALBROOKS        VM 6    04/21/1994
01 0808 080805 C 7 0120                  001 515-00462            D15 0812   081805 0
 1      29.00         3.00 **     0.00          0.00           0.00   8XX01
XAD899227899 7 047223022700 0 G3                    HALBROOKS        VM 6    04/21/1994
02 0808 080805 C 7 1120                  001 515-00462            960 0812   081805 0
 1      39.00         0.00        0.00 X        0.00          39.00   8XX01
XAD899227899 7 047223022700 0 G3                    HALBROOKS        VM 6    04/21/1994
03 0808 080805 C 7 1203                  001 515-00462            960 0812   081805 0
 1      15.00         0.00        0.00 X        0.00          15.00   8XX01
XAD899227899 7 068223005600 0 G3                    HALBROOKS        VM 6    04/21/1994
01 0808 080805 C 7 0120                  001 515-00462            D15 0815   082505 0
 1      29.00         3.00 **     0.00          0.00           0.00   8XX01
TOTS:  112.00         6.00        0.00          0.00          54.00

F3 HSEL1  F6 ACTION BAR  F7 BACKWARD  F8 FORWARD  F9 N/A
```

```
_HRE  +--------------------------------------------------------------------+
HSEL  | DOCTOR CODE: 515 00462 SUB ID: MCC TAX: 631263662 AREA: 01         |
CONT  | DOCTOR NAME: MCCUTCHEON DMD ,MICHAEL O                             |
      | SPECIALTY: 219 General Dentistry       CANCELED: 00/00/0000        |
 L    | 2ND SPECIALTY:                              SSN: 421824798         |
 N    | PAYEE: MICHAEL O MCCUTCHEON DMD PC        PHONE: 256 773-6579      |
      | REMIT ADDRESS: PO BOX 1148          TAKE REFUND: Y                 |
 D    |                                       PPO FLAG:    CODE:           |
      |                          AL 35640 1148  UPIN: #07262              |
XAD8  |      HARTSELLE                           EFF DT: 02/12/2001        |
 02   | OFC ADDR: 819 HIGHWAY 31 NW                                        |
 1    | OFC CITY: HARTSELLE          OFC ST: AL 35640 4412                |
      | LCNS: 000004450 LCNS EFF DT: 06/19/1991 LCNS EXPIRE: 00/00/0000   |
XAD8  | CLINIC IND: 2 DESC: INDIVIDUALS THAT ARE INCORPORATED (USE A      |
 03   | TAX RATHER THAN SSN)                                               |
 1    |                                                                    |
      | MB MEDICARE NON PAR           07/01/2005   00/00/0000              |
      |                                                                    |
      +--------------------------------------------------------------------+
TOTS  +----Exit=F12---Scroll=F9-F10----+
      F3 HSEL1  F6 ACTION BAR  F7 BACKWARD  F8 FORWARD  F9 N.A
```

BLUE SHIELD PROVIDER DATA SYSTEM
PAGE                                              QDOC
PLAN 515 PROV# 00462 - 3 ALPHA NM MCC    UPIN #07262
NAME MICHAEL O MCCUTCHEON, DMD
                ADMITTING PRIVILEGES

PLAN HOSP        HOSPITAL NAME              EFF DT    EFF THRU DT

NO ADMITTING PRIVILEGE DATA ON FILE

# Dental Claim Form

| | |
|---|---|
| 1. ☐ Dentist's pre-treatment estimate / ☒ Dentist's statement of actual services    **Specialty** PHD | 3. **Carrier Name** Blue Cross Blue Shield |
| 2. ☐ Medicaid Claim    Prior Authorization # / ☐ EPSDT | 4. **Carrier Address** P O Box 830389 |
| | 5. **City** Birmingham    6. **State** AL    7. **Zip** 35283-0389 |

## PATIENT

| | | |
|---|---|---|
| 8. Patient Name (Last, First, Middle) Turner, Erick | 9. Address 408 10th Ave Nw | 10. City Decatur    11. State AL |
| 12. Date of Birth (MM/DD/YYYY) 01 / 14 / 1955 | 13. Patient ID # 001734 | 14. Sex ☒ M ☐ F    15. Phone Number (256)355-4871    16. Zip Code 35601 |
| 17. Relationship to Subscriber/Employee: ☐ Self ☒ Spouse ☐ Child ☐ Other | 18. Employer/School Name General Electric    Address |

## SUBSCRIBER / EMPLOYEE    |    OTHER POLICIES

| | | |
|---|---|---|
| 19. Subs./Emp. ID#/SSN# XAD842004600 | 20. Employer Name Wayne Farms    21. Group # 21652 | 31. Is Patient covered by another plan ☐ No (Skip 32-37) ☒ Yes: ☒ Dental or ☐ Medical    32. Policy # 008373736 |
| 22. Subscriber/Employee Name (Last, First, Middle) Turner, Mizit | | 33. Other Subscriber's Name Turner, Erick |
| 23. Address 408 10th Ave Nw | 24. Phone Number (256)355-4871 | 34. Date of Birth (MM/DD/YYYY) 01 / 14 / 1955    35. Sex ☒ M ☐ F    36. Plan/Program Name MetLife |
| 25. City Decatur | 26. State AL    27. Zip Code 35601 | 37. Employer/School Name General Electric    Address |
| 28. Date of Birth (MM/DD/YYYY) 08 / 28 / 1964 | 29. Marital Status ☒ Married ☐ Single ☐ Other    30. Sex ☒ M ☐ F | 38. Subscriber/Employee Status ☒ Employed ☐ Part-time status ☐ Full-time Student ☐ Part-time Student |
| | | 39. Employer/School Name Wayne Farms |
| 30. I have been informed of the treatment plan and associated fees. I agree to be responsible for all charges for dental services and materials not paid by my dental benefit plan, unless the treating dentist or dental practice has a contractual agreement with my plan prohibiting all or a portion of such charges. To the extent permitted under applicable law, I authorize release of any information relating to this claim. | | 41. I hereby authorize payment of the dental benefits otherwise payable to me directly to the below named dental entity. |
| x SIGNATURE ON FILE    09/26/2005    Signed (Patient/Guardian)    Date (MM/DD/YYYY) | | x SIGNATURE ON FILE    09/26/2005    Signed (Employee/Subscriber)    Date (MM/DD/YYYY) |

## BILLING DENTIST

| | | |
|---|---|---|
| 42. Name of Billing Dentist or Dental Entity Decatur Family Dentistry, PC | 43. Phone Number (256)355-1557 | 44. Provider ID# 1375438    45. Dentist Soc. Sec. or T.I.N. 010691518 |
| 46. Address 2422 H Danville Road S W | 47. Dental License # 5021 | 48. First visit date of current series:    49. Place of treatment ☒ Office ☐ Hosp. ☐ ECF ☐ Other |
| 50. City Decatur    51. State AL    52. Zip Code 35603 | 53. Radiographs or models enclosed? ☐ Yes, How many? ☒ No | 54. Is treatment for orthodontics? ☐ Yes ☒ No    If service already commenced:    Date appliances placed    Total mos. of treatment remaining |
| 55. If prosthesis (crown, bridge, dentures), is this    Initial placement? ☐ Yes ☐ No | If no, reason for replacement:    Date of prior placement: | |
| 56. Is treatment result of occupational illness or injury? ☒ No ☐ Yes    Brief description and dates | 57. Is treatment result of: ☐ auto accident? ☐ other accident? ☒ neither    Brief description and dates | |

| 58. Diagnosis Code Index (optional) |
|---|
| 1.    2.    3.    4.    5.    6.    7.    8. |

### 59. Examination and treatment plans - List teeth in order

| Date (MM/DD/YYYY) | Tooth | Surface | Diagnosis Index # | Procedure Code | Qty | Description | Fee | Admin. Use Only |
|---|---|---|---|---|---|---|---|---|
| 09 15 2005 | 20 | | | D2750 | | Crown-porc fuse high noble mtl | 575.00 | |
| 09 26 2005 | | | | | | Primary Insurance Payment | -365.00 | |

### 60. Identify all missing teeth with "X"

| Permanent | | | | | | | | | | | | | | | | Primary | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | 2 | 3 | X | X | 6 | 7 | 8 | X | 10 | X | 12 | 13 | 14 | 15 | X | A | B | C | D | E | F | G | H | I | J |
| X | X | X | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | X | X | X | T | S | R | Q | P | O | N | M | L | K |

| | |
|---|---|
| Total Fee | 575.00 |
| Payment by other plan | 365.00 |
| Max. Allowable | |
| Deductible | |
| Carrier % | |
| Carrier Pays | |
| Patient Pays | |

61. Remarks for unusual services:

| | |
|---|---|
| 62. I hereby certify that the procedures as indicated by date are in progress (for procedures that require multiple visits) or have been completed and that the fees submitted are the actual fees I have charged and intend to collect for those procedures. | 63. Address where treatment was performed 2422 H Danville Road S W |
| x Signature On File    5021    09/26/2005    Signed (Treating Dentist)    License #    Date (MM/DD/YYYY) | 64. City Decatur    65. State AL    66. Zip Code 35603 |

© American Dental Association, 1999.

```
HRE
HSEL  | DOCTOR CODE: 515 07837 SUB ID: NAI TAX: 010691518 AREA: 01
CONT  | DOCTOR NAME: NAILS DMD ,ALICIA J
      | SPECIALTY: 219 General Dentistry          CANCELED: 00/00/0000
L.    | 2ND SPECIALTY:                                 SSN: 42025 1902
N     | PAYEE: DECATUR FAMILY DENTISTRY PC      PHONE: 256 355-1557
      | REMIT ADDRESS: 2422 DANVILLE RD SW STE H  TAKE REFUND: Y
D     |                                          PPO FLAG:    CODE:
      |                    DECATUR      AL 35603 4221 UPIN:     NEW
XAD8  | OFC ADDR: 2422 DANVILLE RD SW STE H      EFF DT:  06/12/2002
01    | OFC CITY: DECATUR              OFC ST: AL 35603 4221
1     | LCNS: 0000005021 LCNS EFF DT: 07/01/1999 LCNS EXPIRE: 12/31/2002
      | CLINIC IND: 2 DESC: INDIVIDUALS THAT ARE INCORPORATED (USE A
      | TAX RATHER THAN SSN)
      |
      | F3 INFOSOLUTIONS CONTRACT           06/01/2002   00/00/0000
      | MB MEDICARE NON PAR                 07/01/2005   00/00/0000
      |
TOTS  +---Exit=F12---Scroll=F9-F10---
      | F3 HSEL1  F6 ACTION BAR  F7 BACKWARD  F8 FORWARD  F9 N\A
```

MELG

| TRANS DATE | GROUP NUM | MAJ DIV | BIL CYC | PAY MDE | MIN DIV | PAID TO DATE | U-W BEG BILLING | NAME TURNER MIZIT D EMPLOYEE NR | GRP SRT | BALANCE FORWARD | PG 01 NR MEBS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01012002 | 21652 | POA | 01 | 1 | | 00000000 | 01012002 | | A | .00 | 00 |

CONT NR XAD 842004600

| MICR NR | CANCEL DATE | CAN REAS | IN HOUSE | LST-REIN DATE | CNTY CODE | REGION | PAID BY | SUBSC SEX | COB | STU EXT | DIFF DEP | NPCC FLAG | BILL FLAG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0000 | 00000000 | | | 00000000 | 48 | | | 2 | 9 | 9 | 3 | | |

| SPON DEP | SOCIAL SECURITY | PAY LOC | COB DATE | TYP CON | SPS | SUB OPT | CLAIM CHRG-BK | BILG IND | AGY CDE | BEN OFF | WRK ST | NET WRK | DSK CDE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| XAD417964278 | 122 | 00000000 | 3 | | | | | IND | | | | | AO |

DCBA IND

GRSI: 417964278 PA IND: Y
  GROUP NAME: CONTIGROUP COMPANIES, INC.-DEN TAL ONLY
    POULTRY ACTIVE

CSD DEDICATED # - 1-888-252-1430
CLAIMS SECTION CODE - 1201B          -XAD84200460001201B-

HIPAA DT - 00 0000

```
_HREV          _HITS
HSEL2
CONTRACT    BS CLAIM NUMBER S SC    DENTAL    PE  PROVIDER   PATIENT   IN S    *LAST*
                                                                                DOB

L  SERVICE    P T                  NR  PROVIDER       RT ADJ ADJ   PAYROLL  PAY
N  FROM THRU  T S PROC TH-SURF     SRV CODE           CD CDE DATE  DATE     CDE

DP  SUBMITTED    REDUCTION  DEDUCT      CO-PAY      PAID    COV S RR CC

XAD842004600 7 035276114800 0 G3              TURNER             EN 3    01/14/1955
01 0915 091505 C 7 2750 20        001 515-07837          960 1005        101305   0
1        575.00     350.00 **     0.00 X    225.00 X     0.00            8XX03    9


TOTS:    575.00     350.00        0.00      225.00       0.00

F3 HSEL1   F6 ACTION BAR   F7 BACKWARD   F8 FORWARD   F9 N\A
```

BLUE SHIELD PROVIDER DATA SYSTEM                                          QDOC
PAGE
PLAN 515 PROV# 07837  - 3 ALPHA NM NAI                          UPIN NEW
NAME ALICIA J NAILS. DMD
              ADMITTING PRIVILEGES

PLAN HOSP        HOSPITAL NAME                        EFF DT     EFF THRU DT

NO ADMITTING PRIVILEGE DATA ON FILE

# ATTENDING DENTIST'S STATEMENT

Carrier name and address

CHECK ONE
- [ ] Dentist's pre-treatment estimate
- [x] Dentist's statement of actual services

BC/BS OF ALABAMA
P.O. BOX 830389
BIRMINGHAM, AL  35283-0389

**PATIENT**

| 1. Patient name | first: Heather   m.i.   last: Hines | 2. Relationship to employee: [ ] self  [x] child  [ ] spouse  [ ] other | 3. Sex  m [ ]  f [x] | 4. Patient birthdate  MM 12  DD 31  YY 91 | 5. If full time student  school ___  city ___ |

**PATIENT COVERAGE**

| 6. Employee/subscriber name and mailing address: Cheryl Hines | 7. Employee/subscriber soc. sec. or I.D. number: XAD 869006342 | 8. Employee/subscriber birthdate  MM  DD  YY | 9. Employer (company) name and address: Contigroup | 10. Group number: 21652 |

**INFORMATION**

11. Is patient covered by another dental plan? [ ] yes [x] no  
If yes, complete 12-a.  
Is patient covered by a medical plan? [ ] yes [ ] no

| 12-a. Name and address of carrier(s) | 12-b. Group no.(s) | 13. Name and address of other employer(s) |

| 14-a. Employee/subscriber name (if different than patient's) | 14-b. Employee/subscriber soc. sec. or I.D. number | 14-c. Employee/subscriber birthdate  MM  DD  YY | 15. Relationship to patient: [ ] self [ ] parent [ ] spouse [ ] other |

I have reviewed the following treatment plan. I authorize release of any information relating to this claim. I understand that I am responsible for all costs of dental treatment.

Signed (Patient, or parent if minor) **SIGNATURE ON FILE**  Date 10-4-05

I hereby authorize payment of dental benefits otherwise payable to me directly to the below named dental entity.

Signed **SIGNATURE ON FILE**  Date 10-4-05

**DENTIST**

16. Name of Billing Dentist or Dental Entity: DR. CHARLES V. OLIVER
17. Address where payment should be remitted: 107 S. EDWARDS ST. ENTERPRISE, AL 36330
City, State, Zip

| 24. Is the treatment result of occupational illness or injury? | No [x] | Yes | If yes, enter brief description and dates. |
| 25. Is treatment the result of auto accident? | [x] | | |
| 26. Other accident? | [x] | | |

| 18. Dentist Soc. Sec. or T.I.N. 63-0954202 | 19. Dentist license no. AL 3116 | 20. Dentist phone no. 334-347-0096 | 27. If prosthesis, is this initial placement? | (If no, reason for replacement) | 28. Date of prior placement |

| 21. First visit date current series | 22. Place of treatment: Office Hosp. ECF Other | 23. Radiographs or models enclosed? No Yes | 29. Is treatment for orthodontics? | How many? | If services already commenced enter: | Date appliances placed | Mos. treatment remaining |

Identify missing teeth with "x"

30. Examination and treatment plan - List in order from tooth no. 1 through tooth no. 32 - Use chart system shown.

| Tooth # or letter | Surface | Description of service (including x-rays, prophylaxis, materials used, etc.) | Date service performed  Mo. Day Year | Procedure number | Fee | For administrative use only |
|---|---|---|---|---|---|---|
| | | monthly adjust 11/24 | 9-29-05 | 08670 | 108.00 | |

31. Remarks for unusual services

I hereby certify that the procedures as indicated by date have been completed and that the fees submitted are the actual fees I have charged and intend to collect for those procedures.

Signed (Treating Dentist)  _C. V. Oliver_   License Number AL 3116   Date 10-4-05

| Total Fee Charged | 108.00 |
| Max Allowable | |
| Deductible | |
| Carrier pays | |
| Carrier pays | |
| Patient pays | |

Form Approved by the Council on Dental Care Program AMERICAN DENTAL ASSOCIATION
Form F-L8 Henry Schein, Inc.  TO REORDER 1-800-414-0940  ITEM # 134-5437

```
MELG
              CONT NR XAD 869006342  NAME HINES CHERYL L                        PG 01
       GROUP  MAJ BIL PAY MIN  PAID TO  U-W BEG  EMPLOYEE  GRP   BALANCE        NR
TRANS   NUM   DIV CYC MDE DIV   DATE    BILLING    NR      SRT   FORWARD        MEBS
DATE                                                              A
01012002 21652 POA 01  1      00000000 01012002                           .00   00

MICR   CAN    IN  LST-REIN CNTY          PAID   SUBSC        STU DIFF NPCC BILL
NR    REAS HOUSE DATE     CODE REGION      BY    SEX COB EXT DEP FLAG FLAG FLAG
DATE                      48                      2   2   9   3
0000 00000000             00000000

                                                                               DSK
SPON  SOCIAL    PAY    COB   TYP  SUB  CLAIM    BILG   AGY BEN WRK NET          CDE
DEP  SECURITY   LOC    DATE  CON  OPT  CHRG-BK  IND    CDE OFF ST  WRK          AO
XAD421928326    909  00000000 3   SPS                                  DCBA IND:

GRSI: 421928326  PA IND: Y
   GROUP NAME: CONTIGROUP COMPANIES, INC.-DEN TAL ONLY
              POULTRY ACTIVE

                                                              -XAD869006342121201B-
CSD DEDICATED # - 1-888-252-1430
CLAIMS SECTION CODE - 1201B

HIPAA DT - 00 0000
```

```
_HREV        _HITS                                                          *LAST*
HSEL2                                                                        DOB
CONTRACT      BS CLAIM NUMBER S SC      DENTAL      PE   PATIENT   IN S

 L   SERVICE    P T                    NR  PROVIDER        RT ADJ ADJ          PAYROLL PAY
 N  FROM THRU   T S PROC TH-SURF       SRV   CODE          CD CDE DATE         DATE    CDE

 DP SUBMITTED  REDUCTION   DEDUCT      CO-PAY        PAID        COV S RR CC

XAD869006342 7 036279003400 0 G3                            H  6     12/31/1991
01 0929 092305 C 7 8670        001 510-95110      960 1010          102005  0
 1    108.00      0.00    0:00 X    54.00 X         54.00           8XX05

TOTS:   108.00       0.00      0.00      54.00         54.00

F3 HSEL1   F6 ACTION BAR   F7 BACKWARD   F8 FORWARD   F9 N∕A
```

```
_HRE +---------------------------------------------------------------+
HSEL |                                                               |
CONT | DOCTOR CODE: 510 95110 SUB ID: OLI TAX: 63095420 2 AREA: 06   |
     | DOCTOR NAME: OLIVER DMD ,CHARLES V        CANCELED: 00/00/0000 |
     | SPECIALTY: 207 Orthodontics                    SSN: 274408954  |
     | 2ND SPECIALTY:                           PHONE: 334 347-0096   |
  L  | PAYEE: OLIVER DMD CHARLES V              TAKE REFUND: Y         |
  N  | REMIT ADDRESS: 107 S EDWARDS ST          PPO FLAG:    CODE:     |
     |                                                                |
  D  |                   ENTERPRISE    AL 36330 2525  UPIN: #05.001    |
     |                                                  EFF DT: 08/21/1989 |
XAD8 | OFC ADDR: 107 EDWARDS ST S       OFC ST: AL 36330 2525         |
 01  | OFC CITY: ENTERPRISE                                           |
  1  | LCNS: 00000E3116 LCNS EFF DT: 06/28/1974 LCNS EXPIRE: 00/00/0000 |
     | CLINIC IND: 0 DESC: FOR USE BY INDIVIDUALS WHO ARE THEIR OWN    |
     | PAYEE (USING SSN FOR THEIR TAX-ID).                            |
     |                                                                |
     | MB MEDICARE NON PAR              07/01/2005   00/00/0000       |
     |                                                                |
     |                                                                |
TOTS +---Exit=F12---Scroll=F9-F10----------------------------------+
     | F3 HSEL1  F6 ACTION BAR  F7 BACKWARD  F8 FORWARD  F9 N.A       |
```

```
                    BLUE SHIELD PROVIDER DATA SYSTEM                              QDOC
                    PAGE
PLAN 510 PROV# 95110 - 3 ALPHA NM OLI                    UPIN #05001
NAME CHARLES V OLIVER, DMD
                         ADMITTING PRIVILEGES

   PLAN HOSP        HOSPITAL NAME                   EFF DT      EFF THRU DT



                NO ADMITTING PRIVILEGE DATA ON FILE
```

# Exhibit 2 of Exhibit B

37.    40    050120 35.9212.0.1415A.33415

## Dental Claim Form

| 1. | 2. | |
|---|---|---|
| ☐ Dentist's pre-treatment estimate<br>☒ Dentist's statement of actual services<br>Provider ID #    51510306 | ☐ Medicaid Claim<br>☐ EPSDT<br>☐ Prior Authorization #<br>Patient ID #    33415 | BCBS AL<br>450 RIVERCHASE PARKWAY EA<br>BIRMINGHAM, AL  35283 |

**PATIENT COVERAGE INFORMATION**

| 4. Patient name  First, M.I., Last | 5. Relationship to employee | 6. Sex<br>m  f | 7. Patient birthdate<br>MM  DD  YY | 8. If full time student, school/city |
|---|---|---|---|---|
| KAY COLLINS | ☐ self  ☐ child<br>☒ spouse  ☐ other | F | 01  24  1945 | |

| 9. Employee/subscriber name and mailing address | 10. Employee/subscriber<br>dental plan I.D. number | 11. Employee/subscriber<br>birthdate<br>MM  DD  YY | 12. Employer (company) name and address | 13. Group number |
|---|---|---|---|---|
| KAY COLLINS<br>11344 MARION OAKS<br>TUSCALOOSA, AL  35405 | XAA418609784 | 01  24  1945 | MERCEDESBENZ | 39055 |

| 14. Is patient covered by another dental plan?<br>yes   no<br>If yes, complete 15  NO<br>Is patient covered by a medical plan?   yes   no | 15-a. Name and address of carrier(s) | 15-b. Group no.(s) | 16. Name and address of other employer(s) |
|---|---|---|---|

| 17-a. Other Employee/subscriber name | 17-b. Employee/subscriber<br>soc. sec. or I.D. number | 17-c. Employee/subscriber<br>birthdate<br>MM  DD  YY | 18. Relationship to patient<br>☐ self  ☐ parent<br>☐ spouse  ☐ other |
|---|---|---|---|

| 19. I have reviewed the following treatment plan and fees. I agree to be responsible for all charges for dental services and materials not paid by my dental benefit plan, unless the treating dentist or dental practice has a contractual agreement with my plan prohibiting all or a portion of such charges. To the extent permitted under applicable law, I authorize release of any information relating to this claim.<br>SIGNATURE ON FILE _____ 01-20-05<br>Signed (Patient, or parent if minor)          Date | 20. I hereby authorize payment of the dental benefits otherwise payable to me directly to the below named dental entity.<br>▶ _____<br>Signed (Employee/subscriber)          Date |
|---|---|

**BILLING DENTIST**

| 21. Name of Billing Dentist or Dental Entity | | 30. Is treatment result of occupational illness or injury? | No | Yes | If yes, enter brief description and dates. |
|---|---|---|---|---|---|
| JAMES L. SANDERSON              51510306 | | | N | | |
| 22. Address where payment should be remitted | | 31. Is treatment result of auto accident? | N | | |
| 1633 MONTGOMERY HIGHWAY S        51510306 | | | | | |
| 23. City, State, Zip | | 32. Other accident? | N | | |
| BIRMINGHAM, AL  35216 | | | | | |

| 24. Dentist Soc. Sec. or T.I.N. | 25. Dentist license no. | 26. Dentist phone no. | 33. If prosthesis, is this initial placement? | (If no, reason for replacement) | 34. Date of prior placement |
|---|---|---|---|---|---|
| 630877296 | 51510306 | (205)979-6005 | Yes  No  How many? | | |
| 27. First visit date current series | 28. Place of treatment<br>Office  Hosp.  ECF  Other | 29. Radiographs or models enclosed? | 35. Is treatment for orthodontics? | If service already commenced enter: | Date appliance placed | Mos. treatment remaining |
| X | | | | | | |

| 30. Identify missing teeth with "x" | 37. Examination and treatment plan - List in order from tooth no. 1 through tooth no. 32 - Using charting system shown. | | | | For administrative use only |
|---|---|---|---|---|---|



MISSING TEETH
NOT AVAILABLE

| Tooth # or letter | Surface | Description of service<br>(including x-rays, prophylaxis, materials used, etc.) | Date service performed<br>Mo. Day  Year | Procedure number | Fee | |
|---|---|---|---|---|---|---|
| | | PERIODIC ORAL EXAM | 01-17-05 | D0120 | 38.00 | |
| | | PROPHYLAXIS | 01-17-05 | D1110 | 59.00 | |
| | | BITEWINGS X-RAY (2) | 01-17-05 | D0272 | 34.00 | |

38. Remarks for unusual services

| 39. I hereby certify that the procedures as indicated by date have been completed and that the fees submitted are the actual fees I have charged and intend to collect for these procedures. | 41. Total Fee Charged | 131.00 |
|---|---|---|
| DR. JAMES SANDERSON, JR.    51510306    01-20-05 | 42. Payment by other plan | |
| Signed (Treating Dentist)     License Number     Date | Max. Allowable | |
| 40. Address where treatment was performed | Deductible | |
| 1633 MONTGOMERY HI BIRMINGHAM, AL  35216 | Carrier % | |
| City         State    Zip | Carrier pays | |
| American Dental Association, 1994     300000◦912683 | Patient pays | |

2.    9   040629 35.9212.0.596A.32213

# Dental Claim Form

**1.**
☐ Dentist's pre-treatment estimate
☒ Dentist's statement of actual services
Provider ID # 51510306

**2.**
☐ Medicaid Claim
☐ EPSDT
☐ Prior Authorization
Patient ID # 32213

BCBS AL
450 RIVERCHASE PARKWAY 2A
BIRMINGHAM, AL 35283

**PATIENT COVERAGE INFORMATION**

**4. Patient name  First, m.i., Last**
ROBERT W. DYCK

**5. Relationship to employee**
☒ self  ☐ child
☐ spouse  ☐ other

**6. Sex** M

**7. Patient birthdate** MM 07 DD 08 YY 1954

**8. If full time student, school/city**

**9. Employee/subscriber name and mailing address**
SHAWN DYCK
3548 LAUREL VIEW L
BIRMINGHAM, AL 35216

**10. Employee/subscriber dental plan I.D. number**
PPA358603684

**11. Employee/subscriber birthdate** MM 03 DD 07 YY 1958

**12. Employer (company) name and address**
EISYS

**13. Group number**
39685

**14. Is patient covered by another dental plan?**
yes   no
If yes, complete 9-17  NO
Is patient covered by a medical plan?  yes   no

**15-a. Name and address of carrier(s)**

**15-b. Group no.(s)**

**16. Name and address of other employers**

**17-a. Other Employee/subscriber name**

**17-b. Employee/subscriber soc. sec. or I.D. number**

**17-c. Employee/subscriber birthdate** MM DD YY

**18. Relationship to patient**
☐ self  ☐ parent
☐ spouse  ☐ other

**19.** I have reviewed the following treatment plan and fees. I agree to be responsible for all charges for dental services and materials not paid by my dental benefit plan, unless the treating dentist or dental practice has a contractual agreement with my plan prohibiting all or a portion of such charges. To the extent permitted under applicable law, I consent to release of any information relating to this claim.
SIGNATURE ON FILE ▶
Signed (Patient, or parent if minor)   Date 06-29-04

**20.** I hereby authorize payment of the dental benefits otherwise payable to me directly to the below named dental entity.
▶
Signed (Employee/subscriber)   Date

**BILLING DENTIST**

**21. Name of Billing Dentist or Dental Entity**
JAMES L. SANDERSON        51510306

**22. Address where payment should be remitted**
1633 MONTGOMERY HIGHWAY S      51510306

**23. City, State, Zip**
BIRMINGHAM, AL 35216

**30. Is treatment result of occupational illness or injury?** No Yes  If yes, enter brief description and dates.  N

**31. Is treatment result of auto accident?** N

**32. Other accident?** N

**24. Dentist Soc. Sec. or T.I.N.**
630877296

**25. Dentist license no.**
51510306

**26. Dentist phone no.**
(205) 979-6005

**33. K prosthesis, is this initial placement?**  Y

**(If no, reason for replacement)**

**34. Date of prior placement**

**27. First visit date current series** X

**28. Place of treatment** Office Hosp. ECF Other X

**29. Radiographs or models enclosed?** No Yes How many?

**35. Is treatment for orthodontics?** N

**If service already commenced enter:**

**Date appliance placed**

**Mos. treatment remaining**

**36. Identify missing teeth with "x"**

FACIAL
LINGUAL
RIGHT  LEFT
LINGUAL
FACIAL
MISSING TEETH
01 02

**37. Examination and treatment plan - List in order from tooth no. 1 through tooth no. 32 - Using charting system shown.**

| Tooth # or letter | Surface | Description of service (including x-rays, prophylaxis, materials used, etc.) | Date service performed Mo. Day Year | Procedure number | Fee | For administrative use only |
|---|---|---|---|---|---|---|
| 28 | B | RESIN COMPOSITE ONE SURF POST | 06-28-04 | D2391 | 156.00 | |

**38. Remarks for unusual services**

**39.** I hereby certify that the procedures as indicated by date have been completed and that the fees submitted are the actual fees I have charged and intend to collect for those procedures.
DR. JAMES L. SANDERSON, JR.      51510306     06-29-04
Signed (Treating Dentist)   License Number   Date

**41. Total Fee Charged** 156.00

**42. Payment by other plan**

| | |
|---|---|
| Max. Allowable | |
| Deductible | |
| Carrier % | |
| Carrier pays | |
| Patient pays | |

**40. Address where treatment was performed**
1633 MONTGOMERY HI BIRMINGHAM, AL 35216
City   State   Zip

American Dental Association 1994

285. 368  050218 35,9212,0.1540A.33620

## Dental Claim Form

**1.**
☐ Dentist's pre-treatment estimate
☒ Dentist's statement of actual services
Provider ID # . 3968

**2.**
☐ Medicaid Claim
☐ EPSDT
☐ Prior Authorization
Patient ID # XAD884002761

BLUE CROSS BLUE SHIELD
P.O. BOX 830389
BIRMINGHAM, AL  35283

### PATIENT

**4. Patient name  First, m.i., Last**
KETURA MATTINGLY

**5. Relationship to employee**
☒ self  ☐ child
☐ spouse  ☐ other

**6. Sex** m☐ f☒

**7. Patient birthdate** MM 07 DD 28 YY 1978

**8. If full time student, school/city**

**9. Employee/subscriber name and mailing address**
KETURA MATTINGLY
216 HIDDEN CREEK P
PELHAM, AL  15124

**10. Employee/subscriber dental plan I.D. number**
XAD884002761

**11. Employee/subscriber birthdate** MM 07 DD 28 YY 1978

**12. Employer (company) name and address**
CARIBOU INSURANCE

**13. Group number**
21546

### COVERAGE INFORMATION

**14. Is patient covered by another dental plan?**
yes ___ no ___
If yes, complete 15 NO
Is patient covered by a medical plan? yes ___ no ___

**15-a. Name and address of carrier(s)**

**15-b. Group no.(s)**

**16. Name and address of other employers**

**17-a. Other Employee/subscriber name**

**17-b. Employee/subscriber soc. sec. or I.D. number**

**17-c. Employee/subscriber birthdate** MM DD YY

**18. Relationship to patient**
☐ self  ☐ parent
☐ spouse  ☐ other ___

**19.** I have reviewed the following treatment plan and fees. I agree to be responsible for all charges for dental services and materials not paid by my dental benefit plan, unless the treating dentist or dental practice has a contractual agreement with my plan prohibiting all or a portion of such charges. To the extent permitted under applicable law, I authorize release of any information relating to this claim.
▶ SIGNATURE ON FILE                   02-18-05
Signed (Patient, or parent if minor)                Date

**20.** I hereby authorize payment of the dental benefits otherwise payable to me directly to the below named dental entity.
▶ _____   Date _____

### BILLING DENTIST

**21. Name of Billing Dentist or Dental Entity**
JAMES L. SANDERSON            3968

**22. Address where payment should be remitted**
1633 MONTGOMERY HIGHWAY S      3968

**23. City, State, Zip**
BIRMINGHAM, AL  35216

**24. Dentist Soc. Sec. or T.I.N.** 630827296   3968
**25. Dentist license no.**
**26. Dentist phone no.** (205) 979-6005

**27. First visit date current series**
**28. Place of treatment** Office☐ Hosp.☐ ECF☐ Other☐  X
**29. Radiographs or models enclosed?** No☐ Yes☐ How many?

**30. Is treatment result of occupational illness or injury?** No Yes  N  If yes, enter brief description and dates.
**31. Is treatment result of auto accident?** N
**32. Other accident?** N
**33. If prosthesis, is this initial placement?** Y (If no, reason for replacement)
**34. Date of prior placement**
**35. Is treatment for orthodontics?** If service already commenced enter: Date appliance placed  Mos. treatment remaining

**36. Identify missing teeth with "x".**

FACIAL
(tooth diagram)
LINGUAL
RIGHT / LEFT
LINGUAL
FACIAL
MISSING TEETH NOT AVAILABLE

**37. Examination and treatment plan - List in order from tooth no. 1 through tooth no. 32 - Using charting system shown.**

| Tooth # or letter | Surface | Description of service (including x-rays, prophylaxis, materials used, etc.) | Date service performed Mo. Day Year | Procedure number | Fee | For administrative use only |
|---|---|---|---|---|---|---|
| | | ANALGESIA | 02-17-05 | D9230 | 31.00 | |
| 2 | OL | RESIN COMPOSITE TWO SURF POST | 02-17-05 | D2392 | 187.00 | |
| 13 | O | RESIN COMPOSITE ONE SURF POST | 02-17-05 | D2391 | 161.00 | |
| 14 | O | RESIN COMPOSITE ONE SURF POST | 02-17-05 | D2391 | 161.00 | |
| 15 | O | RESIN COMPOSITE ONE SURF POST | 02-17-05 | D2391 | 161.00 | |
| 18 | O | RESIN COMPOSITE ONE SURF POST | 02-17-05 | D2391 | 161.00 | |
| 19 | O | RESIN COMPOSITE ONE SURF POST | 02-17-05 | D2391 | 161.00 | |
| 30 | B | RESIN COMPOSITE ONE SURF POST | 02-17-05 | D2391 | 161.00 | |
| 31 | O | RESIN COMPOSITE ONE SURF POST | 02-17-05 | D2391 | 161.00 | |

**38. Remarks for unusual services**

**39.** I hereby certify that the procedures as indicated by date have been completed and that the fees submitted are the actual fees I have charged and intend to collect for those procedures.
▶ DR. JAMES SANDERSON, JR.      3968        02-18-05
Signed (Treating Dentist)      License Number      Date

**40. Address where treatment was performed**
1633 MONTGOMERY HI BIRMINGHAM, AL  35216
City      State      Zip

©American Dental Association, 1994

**41. Total Fee Charged** 1345.00
**42. Payment by other plan**
Max. Allowable
Deductible
Carrier %
Carrier pays
Patient pays

300000 952280

# Exhibit 3 of Exhibit B

12.   45   040730 35.9212.0.735A.32429

## Dental Claim Form

| 1. | 2. | |
|---|---|---|
| ☐ Dentist's pre-treatment estimate ☐ Dentist's statement of actual services Provider ID # **51510306** | ☐ Medicaid Claim ☐ EPSDT Prior Authorization # Patient ID # **235824120** | BCBS AL 450 RIVERCHASE PARKWAY EA BIRMINGHAM, AL 35283 |

**PATIENT COVERAGE INFORMATION**

| 4. Patient name  First, M.I., Last | 5. Relationship to employee | | 6. Sex | 7. Patient birthdate | | 8. If full time student, school/city |
|---|---|---|---|---|---|---|
| DAVID NICHOLS | ☐ self  ☐ child ☐ spouse  ☐ other | | M | MM 05 | DD 31 YY 1957 | |

| 9. Employee/subscriber name and mailing address | 10. Employee/subscriber dental plan I.D. number | 11. Employee/subscriber birthdate | 12. Employer (company) name and address | 13. Group number |
|---|---|---|---|---|
| JUDY HIBBARD 1744 MOUNTIAN WOOD VESTAVIA HILLS, AL  35216 | R026106377 | MM DD YY 11 25 1950 | FEDERAL GOVERNMENT | FEP105 |

| 14. Is patient covered by another dental plan? yes  no If yes, complete 15 NO Is patient covered by a medical plan?  yes   no | 15-a. Name and address of carrier(s) | 15-b. Group no.(s) | 16. Name and address of other employer(s) |
|---|---|---|---|

| 17-a. Other Employee/subscriber name | 17-b. Employee/subscriber soc. sec. or I.D. number | 17-c. Employee/subscriber birthdate MM DD YY | 18. Relationship to patient ☐ self  ☐ parent ☐ spouse  ☐ other |
|---|---|---|---|

19. I have reviewed the following treatment plan and fees. I agree to be responsible for all charges for dental services and materials not paid by my dental benefit plan, unless the treating dentist or dental practice has a contractual agreement with my plan prohibiting all or a portion of such charges. To the extent permitted under applicable law, I authorize release of any information relating to this claim.
▶ SIGNATURE ON FILE          07-30-04
Signed (Patient or parent if minor)     Date

20. I hereby authorize payment of the dental benefits otherwise payable to me directly to the below named dental entity.
▶
Signed (Employee/subscriber)          Date

**BILLING DENTIST**

| 21. Name of Billing Dentist or Dental Entity | | 30. Is treatment result of occupational illness or injury? | No Yes | If yes, enter brief description and dates. |
|---|---|---|---|---|
| JAMES L. SANDERSON          51510306 | | | N | |
| 22. Address where payment should be remitted | | 31. Is treatment result of auto accident? | N | |
| 1633 MONTGOMERY HIGHWAY S          51510306 | | 32. Other accident? | N | |
| 23. City, State, Zip | | | | |
| BIRMINGHAM, AL  35216 | | | | |
| 24. Dentist Soc. Sec. or T.I.N.  25. Dentist license no.  26. Dentist phone no. | | 33. If prosthesis, is this initial placement? | Y | (If no, reason for replacement) | 34. Date of prior placement |
| 630877296          51510306          (205) 979-6005 | | | | | |
| 27. First visit date current series | 28. Place of treatment ☐ Office ☐ Hosp. ☐ ECF ☐ Other | 29. Radiographs or models enclosed? No Yes  How many? | 35. Is treatment for orthodontics? | If service already commenced enter: | Date appliances placed | Mos. treatment remaining |
| X | | | | | | |

36. Identify missing teeth with "x"

FACIAL

MISSING TEETH
NOT AVAILABLE

| 37. Examination and treatment plan - List in order from tooth no. 1 through tooth no. 32 - Using charting system shown. | | | | | | For administrative use only |
|---|---|---|---|---|---|---|
| Tooth # or letter | Surface | Description of service (including x-rays, prophylaxis, materials used, etc.) | Date service performed Mo. Day Year | Procedure number | Fee | |
| | | PROPHYLAXIS | 07-29-04 | D1110 | 57.00 | |
| | | BITEWINGS X-RAY (2) | 07-29-04 | D0272 | 33.00 | |
| | | PERIODIC ORAL EXAM | 07-29-04 | D0120 | 37.00 | |

38. Remarks for unusual services

39. I hereby certify that the procedures as indicated by date have been completed and that the fees submitted are the actual fees I have charged and intend to collect for these procedures.

▶ DR. JAMES SANDERSON, JR.          51510306          07-30-04
Signed (Treating Dentist)     License Number     Date

| | | 40. Total Fee Charged | 127.00 |
|---|---|---|---|

| 41. Payment by other plan | |
|---|---|
| Max. Allowable | |
| Deductible | |
| Carrier % | |
| Carrier pays | |
| Patient pays | |

40. Address where treatment was performed
1633 MONTGOMERY HI BIRMINGHAM, AL  35216
                        City          State     Zip

American Dental Association 1995

**Dental Claim Form**

6.    28   040525 35.9212.0.459A.31983

| 1. □ Dentist's pre-treatment estimate<br>□ Dentist's statement of actual services<br>Provider ID #   3968 | 2. □ Medicaid Claim<br>□ EPSDT<br>Prior Authorization #<br>Patient ID #   31983 | BLUE CROSS BLUE SHIELD<br>P.O. BOX 10401<br>BIRMINGHAM, AL 35202 |
|---|---|---|

**PATIENT COVERAGE INFORMATION**

| 4. Patient name   First, m.i., Last | 5. Relationship to employee | 6. Sex | 7. Patient birthdate | 8. If full time student, school/city |
|---|---|---|---|---|
| DIANNE CARVER | □ self   □ child<br>□ spouse  □ other | F | MM 11 DD 22 YY 1948 | |

| 9. Employee/subscriber name and mailing address | 10. Employee/subscriber dental plan I.D. number | 11. Employee/subscriber birthdate | 12. Employer (company) name and address | 13. Group number |
|---|---|---|---|---|
| DIANNE CARVER<br>213 WESTCLIFFE DRI<br>BIRMINGHAM, AL 35226 | R050027541 | MM 11 DD 22 YY 1948 | DHHS,SOCIAL SECURI<br>BIRMINGHAM AL 352845 | 416708935 |

| 14. Is patient covered by another dental plan?<br>yes   no<br>If yes, complete 15a.<br>Is patient covered by a medical plan?   yes   no | 15-a. Name and address of carrier(s)<br>METLIFE<br>P.O. BOX 14093<br>LEXINGTON, KY 40512 | 15-b. Group no.(s)<br>2615800 | 16. Name and address of other employers<br>COMPUTER SCIENCE C |
|---|---|---|---|

| 17-a. Other Employee/subscriber name<br>ALFRED CARVER | 17-b. Employee/subscriber soc. sec. or I.D. number<br>121362486 | 17-c. Employee/subscriber birthdate<br>MM 07 DD 18 YY 1946 | 18. Relationship to patient<br>□ self  □ parent<br>X □ spouse  □ other |
|---|---|---|---|

19. I have reviewed the following treatment plan and fees. I agree to be responsible for all charges for dental services and materials not paid by my dental benefit plan, unless the treating dentist or dental practice has a contractual agreement with my plan prohibiting all or a portion of such charges. To the extent permitted under applicable law, I authorize release of any information relating to this claim.

▶ SIGNATURE ON FILE      Date 05-25-04
Signed (Patient, or parent if minor)

20. I hereby authorize payment of the dental benefits otherwise payable to me directly to the below named dental entity.

▶ SIGNATURE ON FILE      05-25-04
Signed (Employee/subscriber)

**BILLING DENTIST**

| 21. Name of Billing Dentist or Dental Entity<br>JAMES L. SANDERSON           3968 | 30. Is treatment result of occupational illness or injury? | No Yes<br>N | If yes, enter brief description and dates. |
|---|---|---|

| 22. Address where payment should be remitted<br>1633 MONTGOMERY HIGHWAY S        3968 | 31. Is treatment result of auto accident? | N | | |
|---|---|---|---|---|

| 23. City, State, Zip<br>BIRMINGHAM, AL 35216 | 32. Other accident? | N | | |
|---|---|---|---|

| 24. Dentist Soc. Sec. or T.I.N.<br>630877296   3968 | 25. Dentist license no. | 26. Dentist phone no.<br>(205)979-5005 | 33. If prosthesis, is this initial placement? | | Y | (If no, reason for replacement) | 34. Date of prior placement |
|---|---|---|---|---|---|---|---|

| 27. First visit date current series | 28. Place of treatment   Office Hosp. ECF Other<br>X | 29. Radiographs or models enclosed? No Yes How many? N | 35. Is treatment for orthodontics? | N | If service already commenced enter: | Date appliance placed | Mos. treatment remaining |
|---|---|---|---|---|---|---|---|

| 36. Identify missing teeth with "x" | 37. Examination and treatment plan - List in order from tooth no. 1 through tooth no. 32 - Using charting system shown. | | | | For administrative use only |
|---|---|---|---|---|---|
| | Tooth # or letter | Surface | Description of service (including x-rays, prophylaxis, materials used, etc.) | Date service performed Mo. Day Year | Procedure number | Fee |
| | | | BITEWINGS X-RAY (2) | 05-20-04 | D0272 | 33.00 | |
| | | | PROPHYLAXIS | 05-20-04 | D1110 | 57.00 | |
| | | | PERIODIC ORAL EXAM | 05-20-04 | D0120 | 37.00 | |

MISSING TEETH NOT AVAILABLE

38. Remarks for unusual services

39. I hereby certify that the procedures as indicated by date have been completed and that the fees submitted are the actual fees I have charged and intend to collect for those procedures.

▶ DR. JAMES SANDERSON, JR.      3968      05-25-04
Signed (Treating Dentist)        License Number        Date

40. Address where treatment was performed
1633 MONTGOMERY HI BIRMINGHAM, AL 35216
              City        State        Zip

| 41. Total Fee Charged | 127.00 |
|---|---|
| 42. Payment by other plan | |
| Max. Allowable | |
| Deductible | |
| Carrier % | |
| Carrier pays | |
| Patient pays | |

American Dental Association, 1994

# Exhibit 4 of Exhibit B

# Dental Claim Form

| 1. Check One: | 2. | ☐ Medicaid Claim | 3. Carrier Name and Address |
|---|---|---|---|
| ☐ Dentist's pre-treatment estimate | | ☐ EPSDT | BC/BS of Alabama |
| ☒ Dentist's statement of actual services | | Prior Authorization # | Po Box 830389 |
| Provider ID # 94792 | | Patient ID # XAD417044789 | Birmingham, AL, 35283-0389 |

| 4. Patient Name | | | | 5. Relationship to employee | ☐ self | ☒ child | 6. Sex M ☐ F ☒ | 7. Patient Birthdate MM 01 DD 13 YYYY 1998 | 8. If full time student |
|---|---|---|---|---|---|---|---|---|---|
| first Mary L | m.i. | last Rousseli | | | ☐ spouse | ☐ other | | | School City |

| 9. Employee/subscriber name and mailing address | 10.Employee/subscriber soc. sec. or I.D. number | 11.Employee/subscriber birthdate MM 07 DD 29 YYYY 1967 | 12. Employer (company) name/address | 13. Group number |
|---|---|---|---|---|
| John Rousseli 184 Christopher St. Rainbow City, AL 35906 | XAD417044789 | | Regions Financial | 15655 |

| 14. Is patient covered by another dental plan? | 15-a. Name and address of carrier(s) | 15-b. Group no(s) | 16. Name and address of other employer(s) |
|---|---|---|---|
| ☐ yes ☒ no    If yes, complete 15-a | | | |
| Is patient covered by a medical plan? | | | |
| ☐ yes ☒ no | | | |

| 17-a. Employee/subscriber name (if different than patient's) | 17-b. Employee/subscriber soc. sec. or I.D. number | 17-c. Employee/subscriber birthdate MM DD YYYY | 18. Relationship to patient | ☐ self ☐ child ☐ spouse ☐ other |
|---|---|---|---|---|

19. I have reviewed the following treatment plan and fees. I agree to be responsible for all charges for dental services and materials not paid by mydental benefit plan, unless the treating dentist or dental practice/on named dental entity, has a contractual agreement with my plan prohibiting all or a portion of such charges. To the extent permitted under applicable law, I authorize release of any information relating to this claim. I hereby authorize payment of the dental benefits otherwise payable to me directly to in

| Signature on File | | Signature on File | |
|---|---|---|---|
| Signed (Patient, or parent if minor) | 11/09/04 Date | Signed (Patient, or parent if minor) | 11/09/04 Date |

| 21. Name of Billing Dentist or Dental Entity | 30. Is treatment result of occupational illness or injury? | No ☒ | Yes | If yes, enter brief description and dates |
|---|---|---|---|---|
| Dr. George Lewis Mitchell, Jr. | | | | |
| 22. Address where payment should be remitted | 31. Is treatment result of auto-accident? | ☒ | | |
| 819 Riverbend Drive | | | | |
| 23. City, State, Zip | 32. Other accident? | ☒ | | |
| Gadsden, AL 35901 | 33. If prosthesis, is this the initial placement? | | If no, reason for replacement | 34. Date of prior placement |

| 24. Dentist's Soc. Sec. or T.I.N. | 25. Dentist's license no. | 26. Dentist's phone no. | 35. Is treatment for orthodontics? | ☒ | If services already commenced enter | Date appliances placed | Mos. treatment remaining |
|---|---|---|---|---|---|---|---|
| 418622784 | 3057 | 256-547-5471 | | | | | |

| 27. First visit date current series | 28. Place of treatment Office ☒ Hosp. ECF Other | 29. Radiographs or models enclosed | No ☒ | Yes | How many? |
|---|---|---|---|---|---|

| Identify missing teeth with 'X' | 37. Examination and treatment plan - List in order from tooth no. 1 through tooth no. 32 - Use charting system shown. | | | | | | For administrative use only |
|---|---|---|---|---|---|---|---|
| | Tooth # or letter | Surface | Description of service (including x-rays, prophylaxis, materials used, etc.) | Date service performed Mo. Day Year | | Procedure number | Fee |



| | | | Topical Application Of Fluoride (Inc Pro)-Adult | 11 09 04 | D1203 | 20.00 | |
|---|---|---|---|---|---|---|---|
| | | | Prophylaxis-Child | 11 09 04 | D1120 | 37.00 | |
| | | | Periodic Oral Examination | 11 09 04 | D0120 | 20.00 | |

36. Remarks for unusual services

39. I hereby certify that the procedures as indicated by date have been completed and that the fees submitted are the actual fees charged and intend to collect for those procedures.

| | 41. Total Fee Charged | 77.00 |
|---|---|---|
| Signed (Treating Dentist) _[signature]_ Date 11/09/2004 | 42. Payment by other plan | 0.00 |
| | Max. Allowable | |
| 40. Address where treatment was performed    City    State    Zip | Deductible | |
| | Carrier % | |
| | Carrier Pays | |
| | Patient Pays | |

042525 969838

```
HRREV    _HSEL    _HITS    _QCON      DENTAL
HCLM
CONTRACT      BS CLAIM NUMBER S SC              PE    PATIENT       IN S     *LAST*
XAD832364746  7 048317502900 0 G3                     RUSSELL       ML 6     DOB
                                                                            01/13/1998
```

| L N | SERVICE FROM THRU | P T T S | PROC | TH-SURP | NR SRV | PROVIDER CODE | RT CD | ADJ CDE | ADJ DATE | PAYROLL DATE | PAY COV | S | RR | CC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DP | SUBMITTED | | REDUCTION | | DEDUCT | CO-PAY | PAID | | | | | | | |
| 01 | 1109 110904 | C 7 | 1203 | | 001 | 510-94792 | 960 | 1116 | 112504 | | 0 | | | |
| 1 | 20.00 | | 3.00 | P4 | 0.00 X | 0.00 | 17.00 | 8XX01 | | | | | | |
| 02 | 1109 110904 | C 7 | 1120 | | 001 | 510-94792 | 960 | 1116 | 112504 | | 0 | | | |
| 1 | 37.00 | | 4.00 | P4 | 0.00 X | 0.00 | 33.00 | 8XX01 | | | | | | |
| 03 | 1109 110904 | C 7 | 0120 | | 001 | 510-94792 | 960 | 1116 | 112504 | | 0 | | | |
| 1 | 20.00 | | 0.00 | | 0.00 X | 0.00 | 20.00 | 8XX01 | | | | | | |

```
TOTAL    77.00    7.00    0.00    0.00    70.00

F3 HIST F5 QCON F6 ACTION F7 BACK F8 FWD F9 QCON F10 HIND    F22 ARTI
                                                             F12 CLR
```

# Dental Claim Form

**1. Check One:**
- [ ] Dentist's pre-treatment estimate
- [X] Dentist's statement of actual services

Provider ID # 94792

**2.**
- [ ] Medicaid Claim
- [ ] EPSDT

Prior Authorization #
Patient ID # XAD417044789

**3. Carrier Name and Address**
BC/BS of Alabama
Po Box 830389
Birmingham, AL 35283-0389

**4. Patient Name** first Mary L m.i. last Roussell

**5. Relationship to employee:** self / [X] child / spouse / other

**6. Sex** M / [X] F

**7. Patient Birthdate** MM 01 DD 13 YYYY 1996

**8. If full time student** School / City

**9. Employee/subscriber name and mailing address**
John Roussell
164 Christopher St.
Rainbow City, AL 35906

**10. Employee/subscriber soc. sec. or I.D. number** XAD417044789

**11. Employee/subscriber birthdate** MM 07 DD 29 YYYY 1967

**12. Employer (company) name/address** Regions Financial

**13. Group number** 16655

**14. Is patient covered by another dental plan?** yes / [X] no   If yes, complete 15-a
Is patient covered by a medical plan? yes / no

**15-a.** Name and address of carrier(s)

**15-b.** Group no(s)

**16.** Name and address of other employer(s)

**17-a.** Employee/subscriber name (if different than patient's)

**17-b.** Employee/subscriber soc. sec. or I.D. number

**17-c.** Employee/subscriber birthdate MM DD YYYY

**18.** Relationship to patient: self / spouse / child / other

**19.** I have reviewed the following treatment plan and fees... (signature authorization text)
Signature on File   11/09/04

Signature on File   11/09/04

**21. Name of Billing Dentist or Dental Entity**
Dr. George Lewis Mitchell, Jr.

**22. Address where payment should be remitted**
818 Riverbend Drive

**23. City, State, Zip**
Gadsden, AL 35901

**24. Dentist's Soc. Sec. or T.I.N.** 416622764
**25. Dentist's license no.** 3057
**26. Dentist's phone no.** 256-547-5471

**27. First visit date current series**
**28. Place of treatment** [X] Office Hosp. ECF Other
**29. Radiographs or models enclosed** No [X] Yes How many?

**30. Is treatment result of occupational illness or injury?** No [X]   If yes, enter brief description and dates
**31. Is treatment result of auto-accident?** [X]
**32. Other accident?** [X]
**33. If prosthesis, is this the initial placement?**   If no, reason for replacement   **34. Date of prior placement**
**35. Is treatment for orthodontics?** No [X]   If services already commenced enter: Date appliances placed / Mos. treatment remaining

**37. Examination and treatment plan** - List in order from tooth no. 1 through tooth no. 32 - Use charting system shown.

| Tooth # or letter | Surface | Description of service (including x-rays, prophylaxis, materials used, etc.) | Mo. | Day | Year | Procedure number | Fee |
|---|---|---|---|---|---|---|---|
| | | Topical Application Of Fluoride (Inc Pro)-Adult | 11 | 09 | 04 | D1203 | 20.00 |
| | | Prophylaxis-Child | 11 | 09 | 04 | D1120 | 37.00 |
| | | Periodic Oral Examination | 11 | 09 | 04 | D0120 | 20.00 |

**38. Remarks for unusual services**

**39.** I hereby certify that the procedures as indicated by date have been completed and that the fees submitted are the actual fees charged and intend to collect for those procedures.
Signed (Treating Dentist)   Date 11/09/2004

**40. Total Fee Charged** 77.00
**41. Payment by other plan** 0.00
Max. Allowable / Deductible / Carrier % / Carrier Pays / Patient Pays

**48. Address where treatment was performed**   City   State   Zip

042525 969838

```
HREV    _HSEL    _HITS    _QCON
_HCLM
CONTRACT    BS CLAIM NUMBER S SC    DENTAL         PE    PATIENT    IN S    *LAST*
XAD832364746 7 048317502900 0 G3                         RUSSELL    ML 6    DOB 01/13/1998

L  SERVICE     P T                    NR PROVIDER               RT ADJ ADJ   PAYROLL PAY
N  FROM THRU   T S PROC  TH-SURF      SRV CODE        CO-PAY    CD CDE DATE  DATE   COV S RR CC

DP SUBMITTED        REDUCTION       DEDUCT                      PAID

01 1109 110904 C 7 1203              001 510-94792      960 1116 112504 0
1       20.00           3.00 P4      0.00 X  0.00            17.00    8XX01
02 1109 110904 C 7 1120              001 510-94792      960 1116 112504 0
1       37.00           4.00 P4      0.00 X  0.00            33.00    8XX01
03 1109 110904 C 7 0120              001 510-94792      960 1116 112504 0
1       20.00           0.00         0.00 X  0.00            20.00    8XX01


TOTAL    77.00          7.00         0.00        0.00        70.00

F3 HIST F5 QCON F6 ACTION F7 BACK F8 FWD F9 QCON F10 HIND    F22 ARTI
                                                             F12 CLR
```

# Dental Claim Form

1. Check One:
[ ] Dentist's pre-treatment estimate
[X] Dentist's statement of actual services
Provider ID # 94792

2. [ ] Medicaid Claim
[ ] EPSDT
Prior Authorization #
Patient ID # XAB854012286

3. Carrier Name and Address
BC/BS of Alabama
Po Box 830389
Birmingham, AL 35283-0389

PATIENT INFORMATION

| 4. Patient Name (first, m.i., last) | 5. Relationship to employee | 6. Sex | 7. Patient Birthdate (MM DD YYYY) | 8. If full time student |
|---|---|---|---|---|
| Carson Liggan | [ ] self [X] child [ ] spouse [ ] other | M X | 11 11 1999 | School / City |

| 9. Employee/subscriber name and mailing address | 10. Employee/subscriber soc. sec. or I.D. number | 11. Employee/subscriber birthdate (MM DD YYYY) | 12. Employer (company) name/address | 13. Group number |
|---|---|---|---|---|
| Craig Liggan<br>156 Oak Cr.<br>Gadsden, AL 35901 | XAB854012286 | 11 05 1969 | Goodhope Contracting | 03831 |

14. Is patient covered by another dental plan? yes X no If yes, complete 15-a
Is patient covered by a medical plan? yes no

15-a. Name and address of carrier(s)
15-b. Group no(s)
16. Name and address of other employer(s)

17-a. Employee/subscriber name (if different than patient's)
17-b. Employee/subscriber soc. sec. or I.D. number
17-c. Employee/subscriber birthdate MM DD YYYY
18. Relationship to patient [ ] self [ ] child [ ] spouse [ ] other

19. I have reviewed the following treatment plan and fees. I agree to be responsible for all charges for dental services and materials not paid by my dental benefit plan, unless the treating dentist or dental practice has a contractual agreement with my plan prohibiting all or a portion of such charges. To the extent permitted under applicable law, I authorize release of any information relating to this claim.

Signature on File 09/22/04
Signed (Patient, or parent if minor) Date

I hereby authorize payment of the dental benefits otherwise payable to me directly to the below named dental entity.

Signature on File 09/22/04
Signed (Patient, or parent if minor) Date

BILLING DENTIST

21. Name of Billing Dentist or Dental Entity
Dr. George Lewis Mitchell, Jr.
22. Address where payment should be remitted
819 Riverbend Drive
23. City, State, Zip
Gadsden, AL 35901
24. Dentist's Soc. Sec. or T.I.N. 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
25. Dentist's license no. 3057
26. Dentist's phone no. 256-547-5471
27. First visit date current series
28. Place of treatment: Office X Hosp. ECF Other
29. Radiographs or models enclosed: No X Yes How many?

| | No | Yes | If yes, enter brief description and dates |
|---|---|---|---|
| 30. Is treatment result of occupational illness or injury? | X | | |
| 31. Is treatment result of auto-accident? | X | | |
| 32. Other accident? | X | | |
| 33. If prosthesis, is this the initial placement? | | | If no, reason for replacement / 34. Date of prior placement |
| 35. Is treatment for orthodontics? | X | | If services already commenced enter: Date appliances placed / Mos. treatment remaining |

Identify missing teeth with "X"

FACIAL
LINGUAL
RIGHT
LEFT
UPPER
LOWER
PRIMARY
PERMANENT
LINGUAL
FACIAL

37. Examination and treatment plan - List in order from tooth no. 1 through tooth no. 32 - Use charting system shown.

| Tooth # or letter | Surface | Description of service (including x-rays, prophylaxis, materials used, etc.) | Date service performed Mo. Day Year | Procedure number | Fee | For administrative use only |
|---|---|---|---|---|---|---|
| | | Comprehensive Oral Evaluation | 09 22 04 | D0150 | 35.00 | |
| | | Panoramic Film | 09 22 04 | D0330 | 59.00 | |
| | | Bitewings-Two Films | 09 22 04 | D0272 | 24.00 | |
| | | Topical Application Of Fluoride (Inc Pro)-Adult | 09 22 04 | D1203 | 20.00 | |
| | | Prophylaxis-Child | 09 22 04 | D1120 | 37.00 | |

38. Remarks for unusual services

39. I hereby certify that the procedures as indicated by date have been completed and that the fees submitted are the actual fees charged and intend to collect for those procedures.

Signed (Treating Dentist) [signature] Date 09/22/2004

40. Address where treatment was performed City State Zip

| | |
|---|---|
| 41. Total Fee Charged | 175.00 |
| 42. Payment by other plan | 0.00 |
| Max. Allowable | |
| Deductible | |
| Carrier % | |
| Carrier Pays | |
| Patient Pays | |

40775 2447374

```
HREV      _HSEL      _HITS      _QCON
*CLM                                    DENTAL                                    *LAST*
CONTRACT     BS CLAIM NUMBER S SC            PE    PATIENT        IN S            DOB
XAB854012286  7 044275004500 0 G3                  LIGGAN         CM 5       11/11/1999

 L  SERVICE      P T                      NR  PROVIDER            RT ADJ ADJ  PAYROLL PAY
 N  FROM THRU    T S PROC TH-SURF         SRV CODE      CO-PAY    CD CDE DATE  DATE    CDE
DP  SUBMITTED    REDUCTION   DEDUCT                          PAID     COV S RR  CC

01 0922 092204  C 7 0150                  001 510-94792           960 1005 101404      0
 1       35.00       13.00 A1  22.00 X        0.00       0.00              8AV01
02 0922 092204  C 7 0330                  001 510-94792           960 1005 101404      0
 1       59.00        9.00 A1  28.00 X       11.00      11.00              8AV01
03 0922 092204  C 7 0272                  001 510-94792           960 1005 101404      0
 1       24.00        6.00 A1   0.00 X        9.00       9.00              8AV01
04 0922 092204  C 7 1203                  001 510-94792           960 1005 101404      0
 1       20.00        5.00 A1   0.00 X        7.50       7.50              8AV01
05 0922 092204  C 7 1120                  001 510-94792           960 1005 101404      0
 1       37.00       11.00 A1   0.00 X       13.00      13.00              8AV01

TOTAL   175.00       44.00      50.00       40.50      40.50
```

## Dental Claim Form

**1. Check One:**
- [ ] Dentist's pre-treatment estimate
- [X] Dentist's statement of actual services

Provider ID #    94792

**2.**
- [ ] Medicaid Claim
- [ ] EPSDT

Prior Authorization #
Patient ID #  XAD221325813

**3. Carrier Name and Address**
BC/BS of Alabama
Po Box 830389
Birmingham, AL 35283-0389

**4. Patient's Name**
first  Kendall   m.l.   last  Prigg

**5. Relationship to employee:** [X] self   [ ] spouse   [ ] child   [ ] other

**6. Sex** M [ ] F [X]

**7. Patient Birthdate** MM 05 DD 19 YYYY 1953

**8. If full time student** School / City

**9. Employee/subscriber name and mailing address**
Kendall Prigg
31 Silver Lakes Blvd. E.
Glencoe, AL 35905

**10. Employee/subscriber soc. sec. or I.D. number**  XAD221325813

**11. Employee/subscriber birthdate** MM 05 DD 19 YYYY 1953

**12. Employer (company) name/address** ITC Deltacom

**13. Group number** 02085

**14. Is patient covered by another dental plan?** yes [ ] no [X] If yes, complete 15-a
Is patient covered by a medical plan? yes [ ] no [ ]

**15-a. Name and address of carrier(s)**
**15-b. Group no(s)**
**16. Name and address of other employer**

**17-a. Employee/subscriber name (if different than patient's)**
**17-b.** soc. sec. or I.D. number
**17-c.** birthdate MM DD YYYY
**18. Relationship to patient:** [ ] self [ ] spouse [ ] child [ ] other

**19.** I have reviewed the following treatment plan and fees...

Signature on File   Signed (Patient, or parent if minor)   Date 11/04/04
Signature on File   Signed (Patient, or parent if minor)   Date 11/04/04

**21. Name of Billing Dentist or Dental Entity**
Dr. George Lewis Mitchell, Jr.
**22. Address where payment should be remitted** 819 Riverbend Drive
**23. City, State, Zip** Gadsden, AL 35901
**24. Dentist's Soc. Sec. or T.I.N.** 419622764
**25. Dentist's license no.** 3057
**26. Dentist's phone no.** 256-547-5471

**27. First visit date current series**
**28. Place of treatment** Office [ ] Hosp. [ ] ECF [ ] Other [X]
**29. Radiographs or models enclosed** No [ ] Yes [X] How many?

**30. Is treatment result of occupational illness or injury?** No [X] Yes [ ]
**31. Is treatment result of auto-accident?** [X]
**32. Other accident?** [X]
**33. If prosthesis, is this the initial placement?** If no, reason for replacement
**34. Date of prior placement**
**35. Is treatment for orthodontics?** [X] If services already commenced enter: Date appliances placed / Mos. treatment remaining

**37. Examination and treatment plan**

| Tooth # or letter | Surface | Description of service | Mo. | Day | Year | Procedure number | Fee | For administrative use only |
|---|---|---|---|---|---|---|---|---|
| | | Bitewings-Four Films | 11 | 04 | 04 | D0274 | 30.00 | |
| | | Prophylaxis-Adult | 11 | 04 | 04 | D1110 | 47.00 | |
| | | Comprehensive Oral Evaluation | 11 | 04 | 04 | D0150 | 30.00 | |

**38. Remarks for unusual services**

**39.** I hereby certify that the procedures as indicated by date have been completed...
Signed (Treating Dentist) _____   Date 11/04/2004

**44. Address where treatment was performed** City / State / Zip

**41. Total Fee Charged** 107.00
**42. Payment by other plan** 0.00
Max. Allowable
Deductible
Carrier %
Carrier Pays
Patient Pays

042525 904210

```
HCLM                                                  DENTAL                                          *LAST*
CONTRACT        BS CLAIM NUMBER S SC                         PB      PATIENT        IN S      DOB
XAD805214825   7 06331004O900 O G3                              PRIGG              K  1      05/19/1953
```

| DP | SERVICE FROM | THRU | P T | T S | PROC | REDUCTION TH-SURP | DEDUCT | NR SRV | PROVIDER CODE | CO-PAY | RT ADJ ADJ CD CDE DATE | PAID | ADJ DATE | PAYROLL PAY DATE CDE | COV S RR CC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | | | | | | | | | | | | | | | |
| N | | | | | | | | | | | | | | | |
| 01 | 1104 | 110404 | C | 7 | 0274 | | 001 | 510-94792 | | 960 | 1110 | 111804 | 0 | | |
| 1 | 30.00 | | | | | 7.00 | A1 | 0.00 | X | 0.00 | | 23.00 | 8PY01 | | |
| 02 | 1104 | 110404 | C | 7 | 1110 | | 001 | 510-94792 | | 960 | 1110 | 111804 | 0 | | |
| 1 | 47.00 | | | | | 12.00 | A1 | 0.00 | X | 0.00 | | 35.00 | 8PY01 | | |
| 03 | 1104 | 110404 | C | 7 | 0150 | | 001 | 510-94792 | | 960 | 1110 | 111804 | 0 | | |
| 1 | 30.00 | | | | | 8.00 | A1 | 0.00 | X | 0.00 | | 22.00 | 8PY01 | | |

| | TOTAL | | | |
|---|---|---|---|---|
| SUBMITTED | 107.00 | | | |
| REDUCTION | 27.00 | | | |
| DEDUCT | 0.00 | | | |
| CO-PAY | 0.00 | | | |
| PAID | 80.00 | | | |

F3 HIST F5 QCON F6 ACTION F7 BACK F8 FWD F9 QCON F10 HIND                    F22 ARTI
                                                                             F12 CLR

# Exhibit 5 of Exhibit B

## Dental Claim Form

**1. Check One:**
- [ ] Dentist's pre-treatment estimate
- [X] Dentist's statement of actual services

Provider ID #

**2.**
- [ ] Medicaid Claim
- [ ] EPSDT

Prior Authorization #

Patient ID # R50007972

**3. Carrier Name and Address**
BC/BS of Alabama
FEP Claims, PO box 10401
Birmingham, AL 35202-0401

**4. Patient Name**
first    m.i.    last
Scott  Mayhall

**5. Relationship to employee**
- [X] self
- [ ] child
- [ ] spouse
- [ ] other

**6. Sex**
M [ ]  F [ ]
X

**7. Patient Birthdate**
MM 05  DD 17  YYYY 1951

**8. If full time student**
School
City

**9. Employee/subscriber name and mailing address**
Scott  Mayhall
605 Yancey Dr.
Gadsden, AL 35903

**10.Employee/subscriber soc. sec. or I.D. number**
R50007972

**11.Employee/subscriber birthdate**
MM 05  DD 17  YYYY 1951

**12. Employer (company) name/address**
Bynum

**13. Group number**
105

**14. Is patient covered by another dental plan?**
- [ ] yes  [X] no   If yes, complete 15-a
Is patient covered by a medical plan?
- [ ] yes  [ ] no

**15-a. Name and address of carrier(s)**

**15-b. Group no(s)**

**16. Name and address of other employer(s)**

**17-a. Employee/subscriber name** (if different than patient's)

**17-b. Employee/subscriber soc. sec. or I.D. number**

**17-c. Employee/subscriber birthdate**
MM   DD   YYYY

**18. Relationship to patient**
- [ ] self
- [ ] child
- [ ] spouse
- [ ] other

**19. I have reviewed the following treatment plan and fees. I agree to be responsible for all charges for dental services and materials not paid by my dental benefit plan, unless the treating dentist or dental practice has a contractual agreement with my plan prohibiting all or a portion of such charges. To the extent permitted under applicable law, I authorize release of any information relating to this claim. I hereby authorize payment of the dental benefits otherwise payable to me directly to th...**

Signature on File
Signed (Patient, or parent if minor)    Date  01/05/05

Signature on File
Signed (Patient, or parent if minor)    Date  01/06/05

**21. Name of Billing Dentist or Dental Entity**
Dr. George Lewis Mitchell, Jr.

**22. Address where payment should be remitted**
519 Riverbend Drive

**23. City, State, Zip**
Gadsden, AL 35901

**24. Dentist's Soc. Sec. or T.I.N.**
419622764

**25. Dentist's license no.**
3057

**26. Dentist's phone no.**
256-547-5471

**27. First visit date current series**

**28. Place of treatment**
Office [X]  Hosp.  ECF  Other

**29. Radiographs or models enclosed**
No [X]  Yes  How many?

**30. Is treatment result of occupational illness or injury?**
No [X]  Yes  If yes, enter brief description and dates

**31. Is treatment result of auto-accident?**
[X]

**32. Other accident?**
[X]

**33. If prosthesis, is this the initial placement?**
[X]   If no, reason for replacement

**34. Date of prior placement**

**35. Is treatment for orthodontics?**
[X]   If services already commenced enter:   Date appliances Mos. treatment placed remaining

**Identify missing teeth with 'X'**



**37. Examination and treatment plan - List in order from tooth no. 1 through tooth no. 32 - Use charting system shown.**

| Tooth # or letter | Surface | Description of service (including x-rays, prophylaxis, materials used, etc.) | Date service performed Mo. Day Year | Procedure number | Fee | For administrative use only |
|---|---|---|---|---|---|---|
| 7 | DLF | Resin-Three Surfaces | 01 04 05 | D2332 | 110.00 | |

**36. Remarks for unusual services**

**39. I hereby certify that the procedures as indicated by date have been completed and that the fees submitted are the actual fees charged and intend to collect for these procedures.**

Signed (Treating Dentist) _George Mitchell, Jr_   Date 01/04/2005

**40. Address where treatment was performed**    City    State    Zip

| | |
|---|---|
| 41. Total Fee Charged | 110.00 |
| 42. Payment by other plan | 0.00 |
| Max. Allowable | |
| Deductible | |
| Carrier % | |
| Carrier Pays | |
| Patient Pays | |

## Dental Claim Form

| 1. Check One: | 2. | | 3. Carrier Name and Address |
|---|---|---|---|

1. Check One:
- [ ] Dentist's pre-treatment estimate
- [X] Dentist's statement of actual services

Provider ID #

2.
- [ ] Medicaid Claim
- [ ] EPSDT

Prior Authorization #
Patient ID #  XAR051100396

3. Carrier Name and Address
BC/BS of Alabama
FEP Claims, PO box 10401
Birmingham, AL 35202-0401

| 4. Patient Name | | | 5. Relationship to employee | 6. Sex | 7. Patient Birthdate | 8. If full time student |
|---|---|---|---|---|---|---|
| first | m.i. | last | | M / F | MM DD YYYY | School |
| Debbie | | Garrett | [ ] self  [ ] child  [X] spouse  [ ] other | F X | 01  08  1956 | City |

| 9. Employee/subscriber name and mailing address | 10. Employee/subscriber soc. sec. or I.D. number | 11. Employee/subscriber birthdate | 12. Employer (company) name/address | 13. Group number |
|---|---|---|---|---|
| Danny Garrett 4101 Woodcove Point Southside, AL 35901 | XAR051100396 | MM DD YYYY 05 20 1953 | Gov'T Wide Service Plan | FEP105 |

14. Is patient covered by another dental plan?
[ ] yes  [X] no  If yes, complete 15-a
Is patient covered by a medical plan?
[ ] yes  [ ] no

| 15-a. Name and address of carrier(s) | 15-b. Group no(s) | 16. Name and address of other employer(s) |
|---|---|---|

| 17-a. Employee/subscriber name (if different than patient's) | 17-b. Employee/subscriber soc. sec. or I.D. number | 17-c. Employee/subscriber birthdate MM DD YYYY | 18. Relationship to patient [ ] self  [ ] child  [ ] spouse  [ ] other |
|---|---|---|---|

19. I have reviewed the following treatment plan and fees. I agree to be responsible for all charges not ratably authorize payment of the dental benefits otherwise payable to me directly to the services and materials not paid by my dental benefit plan, unless the treating dentist or dental practitioner named dental entity. has a contractual agreement with my plan prohibiting all or a portion of such charges. To the extent permitted under applicable law, I authorize release of any information relating to this claim.

Signature on File _____ 09/12/05
Signed (Patient, or parent if minor)    Date

Signature on File _____ 09/12/05
Signed (Patient, or parent if minor)    Date

| 21. Name of Billing Dentist or Dental Entity | | 30. Is treatment result of occupational illness or injury? | No X | Yes | If yes, enter brief description and dates |
|---|---|---|---|---|---|
| Dr. George Lewis Mitchell, Jr. | | | | | |
| 22. Address where payment should be remitted | | 31. Is treatment result of auto-accident? | X | | |
| 619 Riverbend Drive | | 32. Other accident? | X | | |
| 23. City, State, Zip | | 33. If prosthesis, is this the initial placement? | | | If no, reason for replacement | 34. Date of prior placement |
| Gadsden, AL 35901 | | | | | |
| 24. Dentist's Soc. Sec. or T.I.N. | 25. Dentist's license no. | 26. Dentist's phone no. | 35. Is treatment for orthodontics? | | X | If services already commenced enter: | Date appliances placed | Mos. treatment remaining |
| 419622754 | 3057 | 256-547-6471 | | | | | | |

| 27. First visit date current series | 28. Place of treatment [ ]Office [ ]Hosp. [ ]SOF [ ]Other | 29. Radiographs or models enclosed | No | Yes | How many? |
|---|---|---|---|---|---|
| | | | X | | |

| Identify missing teeth with 'X' | 37. Examination and treatment plan - List in order from tooth no. 1 through teeth no. 32 - Use charting system shown. | | | | | For administrative use only |
|---|---|---|---|---|---|---|
| | Tooth # or letter | Surface | Description of service (including x-rays, prophylaxis, materials used, etc.) | Date service performed Mo. Day Year | Procedure number | Fee |
| | | | Intraoral-Periapical First Film | 09 12 05 | D0220 | 15.00 |
| | 30 | MB | Intraoral-Periapical Each Additional Film | 09 12 05 | D0230 | 13.00 |
| | | | Resin Two Surface Posterior Resin Two Surface Posterior | 09 12 05 | D2392 | 137.00 |



38. Remarks for unusual services

39. I hereby certify that the procedures as indicated by date have been completed and that the fees submitted are the actual fees charged and I intend to collect for these procedures.

Signed (Treating Dentist) _____ Date 09/12/2005

40. Address where treatment was performed    City    State    Zip

| 41. Total Fee Charged | 185.00 |
|---|---|
| 42. Payment by other plan | 0.00 |
| Max. Allowable | |
| Deductible | |
| Carrier % | |
| Carrier Pays | |
| Patient Pays | |

00000·148740

# Dental Claim Form

| 1. Check One: | 2. | 3. Carrier Name and Address |
|---|---|---|
| ☐ Dentist's pre-treatment estimate | ☐ Medicaid Claim | BC/BS of Alabama |
| ☒ Dentist's statement of actual services | ☐ EPSDT | FEP Claims, PO box 10401 |
| | Prior Authorization # | Birmingham, AL 35202-0401 |
| Provider ID # | Patient ID #  R55184396 | |

**4. Patient Name** first: Jerry  m.i.  last: Burgess

5. Relationship to employee: ☒ self  ☐ child  ☐ spouse  ☐ other

6. Sex: M ☐ F ☒

7. Patient Birthdate: MM 01  DD 30  YYYY 1939

8. If full time student — School / City

9. Employee/subscriber name and mailing address:
Jerry Burgess
2447 Robertson St. E.
Southside, AL 35907

10. Employee/subscriber soc. sec. or I.D. number: R55184396

11. Employee/subscriber birthdate: MM 01  DD 30  YYYY 1939

12. Employer (company) name/address: Gov'T Wide Service Plan

13. Group number: FEP105

14. Is patient covered by another dental plan? ☐ yes  ☒ no   If yes, complete 15-a
Is patient covered by a medical plan? ☐ yes  ☐ no

15-a. Name and address of carrier(s)

15-b. Group no(s)

16. Name and address of other employer(s)

17-a. Employee/subscriber name (if different than patient's)

17-b. Employee/subscriber soc. sec. or I.D. number

17-c. Employee/subscriber birthdate: MM DD YYYY

18. Relationship to patient: ☐ self ☐ child ☐ spouse ☐ other

19. I have reviewed the following treatment plan and fees. I agree to be responsible for all charges not directly authorize payment of the dental benefits otherwise payable to me directly to the dental entity...

Signature on File     Date 01/24/05

Signature on File     Date 01/24/05

21. Name of Billing Dentist or Dental Entity:
Dr. George Lewis Mitchell, Jr.

22. Address where payment should be remitted:
819 Riverbend Drive

23. City, State, Zip: Gadsden, AL 35901

24. Dentist's Soc. Sec. or T.I.N.: 419622764

25. Dentist's license no.: 3067

26. Dentist's phone no.: 256-547-5471

30. Is treatment result of occupational illness or injury? No ☒ Yes
31. Is treatment result of auto-accident? No ☒
32. Other accident? No ☒
33. If prosthesis, is this the initial placement?  If no, reason for replacement
34. Date of prior placement
35. Is treatment for orthodontics? No ☒   If services already commenced enter:  Date appliances placed / treatment remaining

27. First visit date current series
28. Place of treatment: Office ☒ Hosp. ECF Other
29. Radiographs or models attached: No ☒ Yes  How many?

| Identify missing teeth with 'x' | Tooth # or letter | Surface | Description of service (including x-rays, prophylaxis, materials used, etc.) | Mo. | Day | Year | Procedure number | Fee | For administrative use only |
|---|---|---|---|---|---|---|---|---|---|
| | | | Periodic Oral Examination | 01 | 24 | 05 | D0120 | 20.00 | |
| | | | Prophylaxis-Adult | 01 | 24 | 05 | D1110 | 47.00 | |

37. Examination and treatment plan – List in order from tooth no. 1 through tooth no. 32 – Use charting system shown.

38. Remarks for unusual services

39. I hereby certify that the procedures as indicated by date have been completed and that the fees submitted are the actual fees charged and intend to collect for these procedures.

Signed (Treating Dentist)  Date 01/24/2005

40. Address where treatment was performed  City  State  Zip

| 41. Total Fee Charged | 67.00 |
|---|---|
| 42. Payment by other plan | 0.00 |
| Max. Allowable | |
| Deductible | |
| Carrier % | |
| Carrier Pays | |
| Patient Pays | |

## Dental Claim Form

| 1. Check One: | 2. | | 3. Carrier Name and Address |
|---|---|---|---|
| ☐ Dentist's pre-treatment estimate | ☐ Medicaid Claim | | BC/BS of Alabama |
| ☒ Dentist's statement of actual services | ☐ EPSDT | | FEP Claims, PO box 10401 |
| | Prior Authorization # | | Birmingham, AL 35202-0401 |
| Provider ID # | Patient ID # R02321408 | | |

| 4. Patient Name | | 5. Relationship to employee | 6. Sex | 7. Patient Birthdate | 8. If full time student |
|---|---|---|---|---|---|
| first        m.l.        last | | ☐ self    ☐ child | M ☐ | MM  DD  YYYY | School |
| Ruby  Latimer | | ☒ spouse  ☐ other | F ☒ | 01  09  1927 | City |

| 6. Employee/subscriber name and mailing address | 10.Employee/subscriber soc. sec. or I.D. number | 11.Employee/subscriber birthdate | 12. Employer (company) name/address | 13. Group number |
|---|---|---|---|---|
| R.W. Latimer | | MM  DD  YYYY | Gov'T Wide Service Plan | |
| 3217 Madison Av. | R02321408 | | | FEP105 |
| Gadsden, AL 35904 | | | | |

| 14. Is patient covered by another dental plan? | 15-a. Name and address of carrier(s) | 15-b. Group no(s) | 16. Name and address of other employer(s) |
|---|---|---|---|
| ☐ yes    ☒ no   If yes, complete 15-a | | | |
| Is patient covered by a medical plan? | | | |
| ☐ yes    ☐ no | | | |

| 17-c. Employee/subscriber name (if different than patient's) | 17-b. Employee/subscriber soc. sec. or I.D. number | 17-c. Employee/subscriber birthdate | 18. Relationship to patient |
|---|---|---|---|
| | | MM  DD  YYYY | ☐ self  ☐ child   ☐ spouse  ☐ other |

19. I have reviewed the following treatment plan and fees. I agree to be responsible for all charges for services and materials not paid by my dental benefit plan, unless the treating dentist or dental practice has a contractual agreement with my plan prohibiting all or a portion of such charges. To the extent permitted under applicable law, I authorize release of any information relating to this claim.

20. I hereby authorize payment of the dental benefits otherwise payable to me directly to the below named dental entity.

| Signature on File | | Signature on File | |
|---|---|---|---|
| Signed (Patient, or parent if minor) | Date 05/17/06 | Signed (Patient, or parent if minor) | Date 05/17/05 |

| 21. Name of Billing Dentist or Dental Entity | 30. Is treatment result of occupational illness or injury? | No | Yes | If yes, enter brief description and dates |
|---|---|---|---|---|
| Dr. George Lewis Mitchell, Jr. | | ☒ | | |
| 22. Address where payment should be remitted | 31. Is treatment result of auto-accident? | ☒ | | |
| 819 Riverbend Drive | 32. Other accident? | ☒ | | |
| 23. City, State, Zip | 33. If prosthesis, is this the initial placement? | | | If no, reason for replacement | 34. Date of prior placement |
| Gadsden, AL 35901 | | | | | |
| 24. Dentist's Soc. Sec. or T.I.N. | 25. Dentist's license no. | 26. Dentist's phone no. | 35. Is treatment for orthodontics? | | If services already commenced enter: | Date appliance placed | Mos. treatment remaining |
| 418622764 | 3067 | 256-547-5471 | | ☒ | | | |
| 27. First visit date current series | 28. Place of treatment ☐Office ☐Hosp. ☐ECF ☒Other | 29. Radiographs or models enclosed | No ☒ | Yes How many? | | | |

| Identify missing teeth with 'X' | 37. Examination and treatment plan - List in order from tooth no. 1 through tooth no. 32 - Use charting system shown. | | | | | | For administrative use only |
|---|---|---|---|---|---|---|---|
| | Tooth # or letter | Surface | Description of service (including x-rays, prophylaxis, materials used, etc.) | Date service performed Mo. Day Year | Procedure number | Fee | |
| | | | Prophylaxis-Adult | 05 17 05 | D1110 | 47.00 | |
| | | | Periodic Oral Examination | 05 17 05 | D0120 | 20.00 | |

36. Remarks for unusual services

| 38. I hereby certify that the procedures as indicated by dates have been completed and that the fees submitted are the actual fees charged and intend to collect for these procedures. | 41. Total Fee Charged | 67.00 |
|---|---|---|
| | 42. Payment by other plan | 0.00 |
| Signed (Treating Dentist) _[signature]_  Date 05/17/2005 | Max. Allowable | |
| | Deductible | |
| 40. Address where treatment was performed    City    State    Zip | Carrier % | |
| | Carrier Pays | |
| | Patient Pays | |

000000·381906

# Dental Claim Form

**1. Check One:**
- [ ] Dentist's pre-treatment estimate
- [X] Dentist's statement of actual services

Provider ID #

**2.**
- [ ] Medicaid Claim
- [ ] EPSDT

Prior Authorization #
Patient ID # R50525485

**3. Carrier Name and Address**
BC/BS of Alabama
FEP Claims, PO box 10401
Birmingham, AL 35202-0401

**4. Patient Name** first Doris m.l. last Lee
**5. Relationship to employee** [X] self  [ ] spouse  [ ] child
**6. Sex** M [ ] F [X]
**7. Patient Birthdate** MM 12 DD 29 YYYY 1931
**8. If full time student** School / City

**9. Employee/subscriber name and mailing address**
Carl  Lee
112 Meadowpoint Way
Gadsden, AL 35903
**10. Employee/subscriber soc. sec. or I.D. number** R50525485
**11. Employee/subscriber birthdate** MM 09 DD 27 YYYY 1928
**12. Employer (company) name/address** Gov't Wide Service Plan
**13. Group number** FEP106

**14. Is patient covered by another dental plan?** yes [ ] no [X]  If yes, complete 15-a
Is patient covered by a medical plan? yes [ ]
**15-a. Name and address of carrier(s)**
**15-b. Group no(s)**
**16. Name and address of other employer(s)**

**17. Employee/subscriber name** (if different than patient's)
**17-b. Employee/subscriber soc. sec. or I.D. number**
**17-c. Employee/subscriber birthdate** MM DD YYYY
**18. Relationship to patient** [ ] self [ ] spouse [ ] child [ ] other

Signature on File  01/28/05
Signature on File  01/28/05

**21. Name of Billing Dental or Dental Entity**
Dr. George Lewis Mitchell, Jr.
**22. Address where payment should be remitted**
519 Riverbend Drive
**23. City, State, Zip**
Gadsden, AL 35901
**24. Dentist's Soc. Sec. or T.I.N.** 419622764  **25. Dentist's license no.** 3057  **26. Dentist's phone no.** 256-547-5471
**27. First visit date current series**  **28. Place of treatment** Office [X] Hosp, ECF Other  **29. Radiographs or models enclosed** No Yes How many?

**30. Is treatment result of occupational illness or injury?** No [X]
**31. Is treatment result of auto-accident?** No [X]
**32. Other accident?** No [X]
**33. If prosthesis, is this the initial placement?** If no, reason for replacement  **34. Date of prior placement**
**35. Is treatment for orthodontics?** No [X]  If services already commenced Date appliances placed  Mos. treatment remaining

| Tooth # or letter | Surface | Description of service (including x-rays, prophylaxis, materials used, etc.) | Mo. | Day | Year | Procedure number | Fee |
|---|---|---|---|---|---|---|---|
| | | Prophylaxis-Adult | 01 | 28 | 05 | D1110 | 47.00 |
| | | Periodic Oral Examination | 01 | 28 | 05 | D0120 | 25.00 |

**36. Remarks for unusual services**

**39.** I hereby certify that the procedures as indicated by date have been completed and that the fees submitted are the actual fees charged and intend to collect for these procedures.
Signed (Treating Dentist)  Date 01/28/2005
**40. Address where treatment was performed** City State Zip

Total Fee Charged 72.00
Payment by other plan 0.00
Max. Allowable
Deductible
Carrier %
Carrier Pays
Patient Pays