**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ford Motor Company
   c/o Agent for Process
   The Corporation Company
   2000 Interstate Park Drive
   Suite 204
   Montgomery, Alabama 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]    ☐ Agent
                    ☑ Addressee

B. Received by (Printed Name): T. Jones
C. Date of Delivery: [illegible]

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   1:07cv54
   Sm + Cmp

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0002 3715 0358

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Clerk
   United States District Court
   Northern District of Alabama
   Hugo L. Black U.S. Courthouse
   1729 Fifth Avenue North
   Birmingham, AL 35203

   05cv1230

2. Article Number
   (Transfer from service label)

   7005 1160 0001 2962 0600

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  F Calahan           ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   F Calahan                    1/16/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes